FORM B6A (Official Form 6A) (12/07)

In re __William Maxwell Gregg, II_____ ,   Case No. _13-00665-DD_____
          Debtor(s)                                                              (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 38 Acres, Highway 17 North, Mt. Pleasant, South Carolina. | | | $30,000,000.00 | $8,200,000.00 |
| The Grove (6 acres), Columbia, SC | | | $6,000,000.00 | $0.00 |
| Debruhl-Marshall House, Columbia, SC, 29201. | | | $3,000,000.00 | $1,200,000.00 |
| Mountain Lodge, Flat Rock, NC | | | $1,250,000.00 | $1,000,000.00 |
| Debtor's residence at 2910 Gervais St., Columbia, SC | | | $1,100,000.00 | $733,548.70 |
| 1236 Glenwood, Columbia, SC 1237 Jennings Ct., Columbia, SC 1401 Hagood St., Columbia, SC | | | $900,000.00 | $504,700.00 |

___1___ continuation sheets attached

FORM B6A (Official Form 6A) (12/07)

In re _William Maxwell Gregg, II_____ ,          Case No. _13-00665-DD_____
                    Debtor(s)                                                                    (if known)

# SCHEDULE A-REAL PROPERTY

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _298 acres - granite quarry site, Columbia, SC_ | | | $326,000,000.00 | $0.00 |
| _26 acres - National Guard Road, Columbia, SC_ | | | $13,000,000.00 | $1,200,000.00 |
| _6 acres, South Stadium Road, Columbia, SC_ | | | $3,800,000.00 | $0.00 |
| _12 acres, National Guard Road, Columbia, SC_ | | | $4,000,000.00 | $8,200,000.00 |
| _Various lots in Grove Area, Columbia, SC_ | | | $600,000.00 | $0.00 |
| _2903 Trenholm Road, Columbia, SC_ | | | $120,000.00 | $0.00 |

Sheet No. _1_ of _1_ continuation sheets attached to Schedule of Real Property

**TOTAL $**    _389,770,000.00_
(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re <u>William Maxwell Gregg, II</u>                                    ,        Case No. <u>13-00665-DD</u>
                              Debtor(s)                                                                      (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | *Cash on hand* *Location: In debtor's possession* | | $3,400.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Bank of America Checking Acct No.* *000055191720* *Location: In debtor's possession* | | $1,509.58 |
| | | *First Citizens Savings Acct No. 005680175471* *Location: In debtor's possession* | | $851.91 |
| | | *First Citizens Savings Acct No. 005680175500* *Location: In debtor's possession* | | $851.79 |
| | | *Palmetto Credit Union Account No. 150957* *Location: In debtor's possession* | | $100.00 |
| | | *TD Bank Checking Acct. No. 1041126046* *Location: In debtor's possession* | | Unknown |
| | | *Wells Fargo Checking Account #1003216344462.* *Location: In debtor's possession* | | $1,778.00 |
| | | *Wells Fargo Checking Acct No. 1000610134132* *Location: In debtor's possession* | | Unknown |

B6B (Official Form 6B) (12/07)

In re __William Maxwell Gregg, II_____,    Case No. _13-00665-DD_
          Debtor(s)                                                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | *Household goods and furnishings* *Location: In debtor's possession* | | $25,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | *Firearms - shotguns, pistols, SKS Rifle.* *Location: In debtor's possession* | | $5,000.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | *Interests in IRAs - Stephenson Securities.* | | $30,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |

B6B (Official Form 6B) (12/07)

In re **William Maxwell Gregg, II**                                                    ,        Case No. **13-00665-DD**
                    Debtor(s)                                                                                        (if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | ONEITA - Intellectual Property - Trademark/Trade name. | | $2,500,000.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | 2004 Chevrolet truck Location: In debtor's possession | | $10,000.00 |
| | | 2006 Porsche Cayenne Location: In debtor's possession | | $30,000.00 |
| | | 2006 VW Jetta Location: In debtor's possession | | $10,000.00 |
| | | 2007 Mercedes Benz SL65 AMG Roadster 2 dr - 33,000 miles - good condition. Location: In debtor's possession | | $50,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office Equipment, Furnishings, Supplies | | $25,000.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |

**B6B (Official Form 6B) (12/07)**

In re **William Maxwell Gregg, II** _____ ,    Case No. **13-00665-DD**
                    Debtor(s)                                                            (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Page ___4___ of ___4___

**Total** ➡    *$2,693,491.28*

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6C (Official Form 6C) (04/10)

In re **William Maxwell Gregg, II**_____,      Case No. **13-00665-DD**_____
            Debtor(s)                                                              (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

(Check one box)

☐ 11 U.S.C. § 522(b) (2)
☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| Debtor's residence at 2910 Gervais St., Columbia, SC | Code of Laws of S.C. §15-41-30(A)(1) | $ 56,150.00 | $ 1,100,000.00 |
| Household goods and furnishings | Code of Laws of S.C. §15-41-30(A)(3) | $ 4,500.00 | $ 25,000.00 |
| Interests in IRAs - Stephenson Securities. | Code of Laws of S.C. §15-41-30(A)(11)(e) | $ 30,000.00 | $ 30,000.00 |
| 2006 Porsche Cayenne | Code of Laws of S.C. §15-41-30(A)(2) | $ 5,625.00 | $ 30,000.00 |
| Office Equipment, Furnishings, Supplies | Code of Laws of S.C. §15-41-30(A)(6) | $ 1,675.00 | $ 25,000.00 |

Page No._1_ of _1_

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re _William Maxwell Gregg, II_____,    Case No. _13-00665-DD_____

                    **Debtor(s)**                                                    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien    H--Husband  W--Wife  J--Joint  C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No:<br><br>**Creditor # : 1**<br>**Chase**<br>**PO Box 78420**<br>**Phoenix AZ 85062** | | **Debtor's residence at 2910 Gervais St., Columbia, SC**<br><br>Value: **$ 1,100,000.00** | | | | **$ 733,548.70** | **$ 0.00** |
| Account No: **0003**<br><br>**Creditor # : 2**<br>**German American Capital Corporation**<br>**c/o Helios, AMC**<br>**2 Enbareadero Ctr, Ste 1360**<br>**San Francisco CA 94111** | **X** | **6 acres - Gervais at Millwood, Columbia, SC**<br><br>Value: **$ 0.00** | | | | **$ 472,562.58** | **$ 472,562.58** |

 1 continuation sheets attached

|  | Subtotal $ | **$ 1,206,111.28** | **$ 472,562.58** |
|---|---|---|---|
|  | (Total of this page) | | |
|  | **Total $** | | |
|  | (Use only on last page) | | |
|  |  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6D (Official Form 6D) (12/07) - Cont.

In re William Maxwell Gregg, II _____ ,  Case No. 13-00665-DD _____

_____
**Debtor(s)**  (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No:  Creditor # : 3 Jupiter Holdings, LLC 78 Ashley Point Drive Suite 300 Charleston SC 29407 | | 38 Acres, Highway 17 North, Mt. Pleasant, South Carolina, 12 acres, National Guard Road,  Value: $ 34,000,000.00 | | | | $ 8,200,000.00 | $ 0.00 |
| Account No:  Creditor # : 4 Larry Paul Po Box 1037 Conway SC 29528 | | Debruhl-Marshall House. 26 acres - National Guard Road, Columbia, SC.  Value: $ 16,000,000.00 | | | | $ 1,200,000.00 | $ 0.00 |
| Account No: 3059  Creditor # : 5 Nationstar Mortgage PO Box 650783 Dallas TX 75265 | | Three rental properties, Columbia, SC  Value: $ 900,000.00 | | | | $ 504,700.00 | $ 0.00 |
| Account No: 0101  Creditor # : 6 Palmetto Health Credit Union PO Box 100167 Columbia SC 29202 | | Auto  Value: $ 50,000.00 | | | | $ 50,000.00 | $ 0.00 |
| Account No:  Creditor # : 7 Russell Brands, LLC 1225 Lee Street Alexander City AL 35011 | | 298 acres - granite quarry site, Columbia, SC, 6 acres, South Stadium Road, Columbia,  Value: $ 331,050,000.00 | | | | $ 1,000,000.00 | $ 0.00 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors
Holding Secured Claims

| | | |
|---|---|---|
| Subtotal $ (Total of this page) | $ 10,954,700.00 | $ 0.00 |
| Total $ (Use only on last page) | $ 12,160,811.28 | $ 472,562.58 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (04/10)

In re William Maxwell Gregg, II                                              ,    Case No. 13-00665-DD
_____
Debtor(s)                                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

        A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

        The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

        If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

        Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

        Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

        Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
    Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_2_    **continuation sheets attached**

Official Form 6E (04/10) - Cont.

In re William Maxwell Gregg, II                                    ,        Case No. 13-00665-DD
        Debtor(s)                                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: **Taxes and Certain Other Debts Owed to Governmental Units**

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred and Consideration for Claim | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No: *4858*<br><br>*Creditor # : 1*<br>*Henderson County Tax Collector*<br>*200 N. Grove Street*<br>*Suite 66*<br>*Hendersonville NC 28792-5027* | | *Taxes*<br>*Bill Number*<br>*0002853637-2012-2012-0000-0*<br>*0.* | | | | | $ 4,503.59 | $ 4,503.59 | $ 0.00 |
| Account No:<br><br>*Creditor # : 2*<br>*Internal Revenue Service*<br>*Centralized Insolvency Op*<br>*Post Office Box 7346*<br>*Philadelphia PA 19101-7346* | | | | | | | *Unknown* | $ 0.00 | |
| Account No:<br><br>*Creditor # : 3*<br>*Richland County Tax Collector*<br>*Post Office Box 11947*<br>*Columbia SC 29211* | | | | | | | $ 81,003.11 | $ 81,003.11 | $ 0.00 |
| Account No:<br><br>*Creditor # : 4*<br>*SC Dept of Revenue & Taxation*<br>*Attn: Milton Gary Simpson*<br>*PO Box 12265*<br>*Columbia SC 29211* | | | | | | | $ 0.00 | $ 0.00 | $ 0.00 |
| Account No:<br><br>*Creditor # : 5*<br>*SC Employment Security*<br>*Commission*<br>*Post Office Box 995*<br>*Columbia SC 29202* | | | | | | | $ 0.00 | $ 0.00 | $ 0.00 |

Sheet No. __1__ of __2__ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

**Subtotal $**
(Total of this page)

| 85,506.70 | 85,506.70 | 0.00 |

**Total $**
(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

**Total $**
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and

**Official Form 6E (04/10) - Cont.**

In re William Maxwell Gregg, II                                    ,          Case No. 13-00665-DD
                    **Debtor(s)**                                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim | | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | | | |
| Account No: *4858*<br>*Creditor # : 6*<br>*Village of Flat Rock*<br>*Martha Orr, Tax Collector*<br>*PO Box 1288*<br>*Flat Rock NC 28731-1288* | | *Taxes* | | | | | $ 736.58 | $ 736.58 | $ 0.00 |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |

Sheet No. _2_ of _2_ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal $**<br>(Total of this page) | 736.58 | 736.58 | 0.00 |
| **Total $**<br>(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 86,243.28 | | |
| **Total $**<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | 86,243.28 | 0.00 |

B6F (Official Form 6F) (12/07)

In re _William Maxwell Gregg, II_ _____ ,   Case No. _13-00665-DD_
**Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   6046 | | | | | | | $ 56,000.00 |
| Creditor # : 1 Bank of America PO Box 26078 Greensboro NC 27420 | | | | | | | |
| Account No:   0000 | | | | | | | $ 3,562.50 |
| Creditor # : 2 DuRant Schraibman Lindsay 4408 Forest Drive Columbia SC 29206 | | | | | | | |
| Account No: | | | | | | | $ 3,000.00 |
| Creditor # : 3 H2H Associates 179 River Street Troy NY 12180 | | | | | | | |

_2_ continuation sheets attached

Subtotal $   $ 62,562.50

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re William Maxwell Gregg, II _____ ,    Case No. 13-00665-DD
       **Debtor(s)**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** <br> Creditor # : 4 <br> Harry A. Swagart <br> PO Box 7787 <br> Columbia SC 29202 | | | Legal fees | | | | $ 120.00 |
| **Account No:** <br> Creditor # : 5 <br> Harry R. Easterling <br> PO Drawer 655 <br> Bennettsville SC 29512 | | | | | | | $ 10,000.00 |
| **Account No:** <br> Creditor # : 6 <br> Miley & Associates, Inc. <br> 4875 Forest Drive <br> Suite 204 <br> Columbia SC 29206 | | | For economic impact analysis. | | | | $ 2,398.75 |
| **Account No:** <br> Creditor # : 7 <br> Molton Lamar Architects <br> 808-C Lady Street <br> Columbia SC 29201 | | | Architect fees | | | | $ 3,466.35 |
| **Account No:** 1493 <br> Creditor # : 8 <br> Northwestern Mutual <br> 720 E. Wisconsin Avenue <br> Milwaukee WI 53202 | | | Cash value loans against children policies. | | | X | $ 243,375.79 |

Sheet No.  1  of   2  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 259,360.89

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re William Maxwell Gregg, II                                    ,        Case No. 13-00665-DD
            Debtor(s)                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.   6146 <br> Creditor # : 9 <br> Northwestern Mutual <br> 720 E. Wisconson Avenue <br> Milwaukee WI 53202 | | Cash value loans against children policies. | | | X | $ 278,874.13 |
| Account No.   1818 <br> Creditor # : 10 <br> Northwestern Mutual <br> 720 E. Wisconson Avenue <br> Milwaukee WI 53202 | | Cash value loan against children policies. | | | X | $ 299,173.05 |
| Account No.   6046 <br> Creditor # : 11 <br> TD Bank <br> PO Box 8400 <br> Lewiston ME 04243 | | Overdraft protection | | | | $ 24,600.00 |
| Account No. <br> Creditor # : 12 <br> Wells Fargo <br> Customer Service <br> PO Box 560948 <br> Charlotte NC 28256 | | Overdraft protection <br> Accts: <br> 731-0529938 <br> 731-0435037 | | | | $ 48,000.00 |
| Account No. | | | | | | |

Sheet No. 2 of 2 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 650,647.18

Total $   $ 972,570.57

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6G (Official Form 6G) (12/07)

In re **_William Maxwell Gregg, II_** _____ / Debtor    Case No. **_13-00665-DD_** _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re _William Maxwell Gregg, II_ _____ / Debtor    Case No. _13-00665-DD_____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _Colonial Warehouse, LLC_<br>_1107 Shop Road_<br>_Columbia SC  29201_ | _German American Capital Corporation_<br>_c/o Helios, AMC_<br>_2 Enbareadero Ctr, Ste 1360_<br>_San Francisco CA  94111_ |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

In re:    **William Maxwell Gregg, II**                                         Case No.    **13-00665-DD**

Chapter    **11**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE:  ONLY INCLUDE information directly related to the business operation.)

| | | | |
|---|---|---|---|
| PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS: | | | |
|    1.  Gross Income For 12 Months Prior to Filing: | | $ | 0.00 |
| | | | |
| PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME: | | | |
|    2.  Gross Monthly Income: | | $ | 10,371.00 |
| | | | |
| PART C - ESTIMATED FUTURE MONTHLY EXPENSES: | | | |
|    3.  Net Employee Payroll (Other Than Debtor) | $ | 0.00 | |
|    4.  Payroll Taxes | | 0.00 | |
|    5.  Unemployment Taxes | | 0.00 | |
|    6.  Worker's Compensation | | 0.00 | |
|    7.  Other Taxes | | 0.00 | |
|    8.  Inventory Purchases (Including raw materials) | | 0.00 | |
|    9.  Purchase of Feed/Fertilizer/Seed/Spray | | 0.00 | |
|   10.  Rent (Other than debtor's principal residence) | | 0.00 | |
|   11.  Utilities | | 1,100.00 | |
|   12.  Office Expenses and Supplies | | 0.00 | |
|   13.  Repairs and Maintenance | | 2,500.00 | |
|   14.  Vehicle Expenses | | 300.00 | |
|   15.  Travel and Entertainment | | 495.00 | |
|   16.  Equipment Rental and Leases | | 0.00 | |
|   17.  Legal/Accounting/Other Professional Fees | | 0.00 | |
|   18.  Insurance | | 698.00 | |
|   19.  Employee Benefits (e.g., pension, medical, etc.) | | 0.00 | |
| | | | |
|   20.  Payments to Be Made Directly By Debtor to Secured Creditors For | | | |
|       Pre-Petition Business Debts (Specify): | | | |
| | $ | 0.00 | |
| | | 0.00 | |
| | | 0.00 | |
| | | | |
|   21.  Other (Specify) | | | |
| | $ | 0.00 | |
|      **Telephone** | | 89.00 | |
|      **Outside services/contracts** | | 750.00 | |
| | | | |
|   22.  Total Monthly Expenses | | $ | 5,932.00 |
| | | | |
| PART D - ESTIMATED AVERAGE  NET MONTHLY INCOME: | | | |
| | | | |
|   23.  AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2) | | $ | 4,439.00 |

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

In re *William Maxwell Gregg, II*                    Case No.  *13-00665-DD*

Chapter  *11*

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *2* | $    *389,770,000.00* | | |
| B-Personal Property | *Yes* | *4* | $      *2,693,491.28* | | |
| C-Property Claimed as Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *2* | | $    *12,160,811.28* | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *3* | | $      *86,243.28* | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *3* | | $     *972,570.57* | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $       *0.00* |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $       *0.00* |
| TOTAL | | *19* | $   *392,463,491.28* | $   *13,219,625.13* | |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

In re *William Maxwell Gregg, II*

Case No. *13-00665-DD*

Chapter *11*

_____ / Debtor

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C  § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

In re _William Maxwell Gregg, II_                                    Case No. _13-00665-DD_
                          Debtor                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___20___ sheets, and that they are true and correct to the best of my knowledge, information and belief.


Date: _2/19/2013_                    Signature _/s/ William Maxwell Gregg, II_
                                                 _William Maxwell Gregg, II_




                          [If joint case, both spouses must sign.]


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B 7 (Official Form 7) (12/12)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

In re: _William Maxwell Gregg, II_ _____ ,          Case No. _13-00665-DD_
          Debtor                                                              (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(2), (31).

---

### 1. Income from employment or operation of business

None ☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                              SOURCE

2013 to date:  -0-                  Parking (rents).
2012:  $69,535.06                   Parking (rents).
2011:  $30,000.00                   Parking (rents).

---

### 2. Income other than from employment or operation of business

None ☒    State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**3. Payments to creditors**

None ☐

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| *Palmetto Health Credit Union* | *11/30/12* | *1226.00* | *48,800.00* |
| | *12/18/12* | *1226.00* | |
| | *1/19/2013* | *1226.00* | |
| *Bank of America PLOC* | *12/2/12* | *1000.00* | *56,122.66* |
| | *1/12/13* | *1000.00* | |
| | *1/23/13* | *1000.00* | |
| *American Express* | *11/19/12* | *944.30* | *Unknown* |
| | *12/18/12* | *1334.20* | |
| | *1/19/13* | *2270.54* | |

None ☒

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ☒

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Russell Corporation vs. William Maxwell Gregg, II C/A No. 2012-CP-40-00188* | *Debt collection/foreclosure* | *Richland County Court of Common Pleas* | *Judgment entered.* |
| *Russell Corporation* | *Foreclosure* | *Richland County* | *Pending.* |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *vs. William Maxwell Gregg, II C/A No. 2012-CP-40-03795* | | *Court of Common Pleas* | |
| *NBSC vs. William Maxwell Gregg C/A No. 2012-CP-40-05802* | *Foreclosure* | *Richland County Court of Common Pleas* | *Pending.* |

---

None ☒  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 5. Repossessions, foreclosures and returns

None ☒  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 6. Assignments and receiverships

None ☒  a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☒  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None ☒  List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None ☐  List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE,   GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| *2903 Trenholm, Columbia,* | *Circumstances: Two different* | *2012* |

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE,   GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| *SC.*<br>*Value: $10,000.00 -*<br>*$15,000.00.* | *automobiles ran into the wall on the street.*<br>*Insurance coverage: Yes.* | |

---

### 9. Payments related to debt counseling or bankruptcy

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *R. Geoffrey Levy*<br>*Levy Law Firm, LLC*<br>*2300 Wayne Street*<br>*Columbia, SC 29201* | *Date of Payment: 2/1/2013*<br>*Payor: William Maxwell*<br>*Gregg, II* | *$20,000.00* |
| *R. Geoffrey Levy*<br>*Levy Law Firm, LLC*<br>*2300 Wayne Street*<br>*Columbia, SC 29201* | *Date of Payment: March 14, 2012.*<br>*Payor: William M. Gregg* | *$2,890.00 (legal fees).* |

---

### 10. Other transfers

None ☒   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☒   b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

---

### 11. Closed financial accounts

None ☐   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| *First Citizens Bank*<br>*Hendersonville, North Carolina* | *Checking Acct. No. 005680175471*<br>*Current Balance: $851.91.* | *Account still open.* |
| *First Citizens Bank*<br>*Hendersonville, North* | *Checking Account No. 005680175500* | *Account still open.* |

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| *Carolina* | *Current Balance: 851.79* | |
| *Wells Fargo* *Columbia, South Carolina* | *Checking Account No.* *1000610134132* *Current Balance: -0-* | *Account still* *open.* |
| *Wells Fargo* *Columbia, South Carolina* | *Checking Account No.* *1003216344462* *Current Balance:* *1,778.00.* | *Account still* *open.* |
| *TD Bank* *Columbia, South Carolina* | *Checking Account No.* *1041126046* *Balance:  -0-* | *Account still* *open.* |
| *NBSC* *Columbia, South Carolina* | *Checking Account No.* *044536740401.* *Balance:  -0-* | *Account closed* *10/9/12.* |
| *Bank of America* *Columbia, South Carolina* | *Checking Account No.* *000055191720.* *Current Balance:* *1,509.58.* | *Account still* *open.* |
| *Palmetto Credit Union* *Columbia, South Carolina* | *Checking Account No.* *150957* *Current Balance: 100.00.* | *Account still* *open.* |

## 12. Safe deposit boxes

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is  not  filed.)

## 13. Setoffs

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not  filed.)

**14. Property held for another person**

None  List all property owned by another person that the debtor holds or controls.
☒

**15. Prior address of debtor**

None  If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that
☒  period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada,
☒  New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of
the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

None  For the purpose of this question, the following definitions apply:
☒
"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances,
wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the
cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the
debtor,
including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or
similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable
under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the
☒  governmental unit to which the notice was sent and the date of the notice.

None  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a
☒  party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None  a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all
☐  businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was
self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in
which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

    If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of
all businesses   in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the
commencment of this case.

Statement of Affairs - Page 6

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| *Colonial Warehouse, LLC* | *ID: 85-0484914* | *PO Box 66 Columbia, SC 29202* | *Warehouse and parking rental.* | |
| *Caledonia TWO, LLC* | *57-1097103* | *1 Conifer Street Andrews, SC* | | |
| *Harden-Beltline Partnership* | *None.* | *PO Box 66 Columbia, SC 29202* | | |
| *Sunflower Solar, LLC* | *None.* | *PO Box 66 Columbia, SC 29202* | | |

None    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

☒

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.   A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements

None    a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

☐

NAME AND ADDRESS                                                                 DATES SERVICES RENDERED

*William M. Gregg*                                              *Dates:*
*2910 Gervais Street*
*Columbia, SC 29204*

*Harden-Beltline Partnership*

*Frank A. Fisher*                                               *Dates:*
*941 Crooked Oak Drive*

NAME AND ADDRESS

DATES SERVICES RENDERED

*Pawleys Island, SC 29585*

*Caledonia TWO, LLC*

---

None ☒   b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME

ADDRESS

*William M. Gregg*

*2910 Gervais Street*
*Columbia, SC 29204*

---

None ☒   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

---

**20. Inventories**

None ☒   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None ☒   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

**21. Current Partners, Officers, Directors and Shareholders**

None ☒   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☒   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None ☒    a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None ☒    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distribution by a corporation

None ☒    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

## 24. Tax Consolidation Group.

None ☒    If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

## 25. Pension Funds.

None ☒    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  _2/19/2013_        Signature  _/s/ William Maxwell Gregg, II_____
of Debtor

Date  _____        Signature  _____
of Joint Debtor
(if any)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

The above named debtor, or attorney for the debtor if applicable, does hereby certify that the master mailing

list of creditors submitted either on computer diskette or by a typed hardcopy in a scannable format has been

compared to, and contains identical information to, the debtor's schedules, statements and lists pursuant to

SC LBR 1007-1.

Master mailing list of creditors submitted via:

(a) _____ computer diskette

(b) ___X___ scannable hard copy ___1___ (number of sheets submitted)

Date: _2/19/2013_____

Signature /s/ R. Geoffrey Levy _____
R. Geoffrey Levy, Attorney for Debtor
2300 Wayne Street
Columbia, SC  29201
803-256-4693
District Court I.D. Number: 2666

```
HENDERSON COUNTY TAX COLLECTOR
200 N  GROVE STREET
SUITE 66
HENDERSONVILLE  NC  28792-5027


VILLAGE OF FLAT ROCK
MARTHA ORR  TAX COLLECTOR
PO BOX 1288
FLAT ROCK  NC  28731-1288
```