UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| William Maxwell Gregg, II, | ) | Case No. 13-00665-dd |
| | ) | |
| Debtor. | ) | |
| | ) | |

## MODIFICATION TO CHAPTER 11 TRUSTEE'S PLAN OF LIQUIDATION OF DEBTOR

Pursuant to 11 U.S.C. § 1127(a) and Local Rule 3016(b), R. William Metzger, Jr. ("Trustee"), as the duly appointed Chapter 11 Trustee for Debtor, hereby modifies the Chapter 11 Trustee's Plan of Liquidation of Debtor filed April 8, 2015, to revise the treatment for the claims of Nationstar Mortgage, LLC found in Classes 2, 3, and 4 as follows:

1. <u>Treatment of Class 2 Claim – Secured Claim of Nationstar – 1236 Glenwood Road.</u> The holder of an Allowed Class 2 Claim shall receive on account of its Allowed Secured Claim one of the following treatments as the Plan Administrator may determine in its sole and absolute discretion (and except to the extent that a holder of an Allowed Class 2 Claim has been paid by the Debtor or Trustee prior to the Effective Date or agrees to other, lesser treatment): (i) the payment of Cash in an amount equal to such Allowed Class 2 Claim, including any interest on such Allowed Secured Claim required to be paid pursuant to Section 506(b) of the Bankruptcy Code, (ii) surrender of the collateral securing such Class 2 Claim, in full and complete satisfaction of such Allowed Class 2 Claim or (iii) payment of the Allowed Class 2 Claim in amounts and on terms agreed to by the holder of the Allowed Class 2 Claim and Plan Administrator. Such payment, surrender of collateral or agreement of the parties shall occur as soon as practicable after the later of (a) 60 days after the Effective Date, or (b) 30 days after the date on which such claim becomes an Allowed Claim.

**Class 2 is unimpaired, and the holder of the Claim in this Class is deemed to accept this Plan and thus is not entitled to vote to accept or reject this Plan.**

2. <u>Treatment of Class 3 Claim – Secured Claim of Nationstar – 1237 Jennings Court.</u> The holder of an Allowed Class 3 Claim shall receive on account of its Allowed Secured Claim one of the following treatments as the Plan Administrator may determine in its sole and absolute discretion (and except to the extent that a holder of an Allowed Class 3 Claim has been paid by the Debtor or Trustee prior to the Effective Date or agrees to other, lesser treatment): (i) the payment of Cash in an amount equal to such Allowed Class 3 Claim, including any interest on such Allowed Secured Claim required to be paid pursuant to Section 506(b) of the Bankruptcy Code, (ii) surrender of the collateral securing such Class 3 Claim, in full and complete satisfaction of such Allowed Class 3 Claim or (iii) payment of the Allowed Class 3 Claim in amounts and on terms agreed to by the holder of the Allowed Class 3 Claim and Plan Administrator. Such payment, surrender of collateral or agreement of the parties shall occur as soon as practicable after the later of (a) 60 days after the Effective Date, or (b) 30 days after the date on which such claim becomes an Allowed Claim.

   **Class 3 is unimpaired, and the holder of the Claim in this Class is deemed to accept this Plan and thus is not entitled to vote to accept or reject this Plan.**

   3.  <u>Treatment of Class 4 Claim – Secured Claim of Nationstar – 1601 Hagood Street.</u> The holder of an Allowed Class 4 Claim shall receive on account of its Allowed Secured Claim one of the following treatments as the Plan Administrator may determine in its sole and absolute discretion (and except to the extent that a holder of an Allowed Class 4 Claim has been paid by the Debtor or Trustee prior to the Effective Date or agrees to other, lesser treatment): (i) the payment of Cash in an amount equal to such Allowed Class 4 Claim, including any interest on such Allowed Secured Claim required to be paid pursuant to Section 506(b) of the Bankruptcy Code, (ii) surrender of the collateral securing such Class 4 Claim, in full and complete satisfaction of such Allowed Class 4 Claim or (iii) payment of the Allowed Class 4 Claim in amounts and on terms agreed to by the holder of the Allowed Class 4 Claim and Plan Administrator. Such payment, surrender of collateral or agreement of the parties shall occur as soon as practicable after the later of (a) 60 days after the Effective Date, or (b) 30 days after the date on which such claim becomes an Allowed Claim.

   **Class 4 is unimpaired, and the holder of the Claim in this Class is deemed to accept this Plan and thus is not entitled to vote to accept or reject this Plan.**

   With these modifications, Trustee has cured the filed objections of Nationstar [Dkt Nos. 474, 475, and 476] and rendered the ballots of Nationstar rejecting the Plan [Dkt Nos. 477, 478, and 479] moot as the Class 2, 3 and 4 Claims of Nationstar are no longer impaired in terms of their treatment under the Plan. As such, Trustee requests this Court move forward with confirmation of the Plan as modified herein.

May 20, 2015

R. William Metzger, Jr. (5028)
Chapter 11 Trustee
Post Office Box 944
Columbia, SC 29202
(803) 779-8900 phone
(803) 252-0724 fax
bmetzger@robinsonlaw.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In Re: | ) Bankruptcy Case No. 13-00665-dd |
| | ) |
| William Maxwell Gregg, II, | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) CERTIFICATE OF SERVICE |
| | ) |

This is to certify that I am a paralegal for R. William Metzger, Jr., Chapter 11 Trustee; that I have this day caused to be served upon the persons named below the **Modification to Chapter 11 Trustee's Plan of Liquidation of Debtor** in the above captioned matter by placing a copy of same in the United States Mail, postage prepaid, in envelopes addressed as follows:

See attached mailing matrix

ROBINSON, MCFADDEN & MOORE, P.C.

*/s/ Melissa H. White*
Melissa H. White, Paralegal for
R. William Metzger, Jr. (5028)
CHAPTER 11 TRUSTEE
Post Office Box 944
Columbia, SC 29202
(803) 779-8900

May 20, 2015

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0420-3<br>Case 13-00665-dd<br>District of South Carolina<br>Columbia<br>Wed May 20 10:28:55 EDT 2015 | Anne Johnston Gregg<br>c/o Julio E. Mendoza, Jr., Esquire<br>PO Drawer 2426<br>Columbia, South Carolina 29202-2426 | Anne Johnston Gregg<br>c/o Julio E. Mendoza,Jr., Esquire<br>P.O. Drawer 2426<br>Columbia, SC 29202-2426 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America, N.A.<br>NC4-105-02-99<br>PO Box 26012<br>Greensboro, NC 27420-6012 | Linda Barr<br>Office of United States Trustee<br>1835 Assembly Street<br>Suite 953<br>Columbia, SC 29201-2448 |
| Thomas W. Bunch II<br>Robinson, McFadden & Moore, P.C.<br>Post Office Box 944<br>Columbia, SC 29202-0944 | CHASE<br>PO BOX 78420<br>PHOENIX AZ 85062-8420 | CLIFF W MOORE III ESQUIRE<br>ELLIS LAWHORNE & SIMS PA<br>PO BOX 2285<br>COLUMBIA SC 29202-2285 |
| COLONIAL WAREHOUSE LLC<br>1107 SHOP ROAD<br>COLUMBIA SC 29201-4742 | Cherokee Rose Resources, LLC<br>c/o Rory D. Whelehan<br>Womble Carlyle Sandridge & Rice, LLP<br>550 South Main Street, Suite 400<br>Greenville, SC 29601-2541 | B. Lindsay Crawford III<br>Crawford & Von Keller LLC<br>PO Box 4216<br>Columbia, SC 29240-4216 |
| DAVID M SWANSON ESQUIRE<br>HAYNSWORTH SINKLER BOYD PA<br>134 MEETING ST  3RD FLOOR<br>CHARLESTON SC 29401-2224 | DURANT SCHRAIBMAN LINDSAY<br>4408 FOREST DRIVE<br>COLUMBIA SC 29206-3135 | DUVALL SPRUILL ESQUIRE<br>TURNER PADGET GRAHAM & LANEY<br>PO BOX 1473<br>COLUMBIA SC 29202-1473 |
| Reid E. Dyer<br>Moore & Van Allen, PLLC<br>78 Wentworth Street<br>Charleston, SC 29401-1428 | James M. Ervin<br>The Ervin Law Firm, LLC<br>PO Box 6276<br>Columbia, SC 29260-6276 | GERMAN AMERICAN CAPITAL CORPORATION<br>C/O HELIOS AMC<br>2 ENBARCADERO CENTER STE 1360<br>SAN FRANCISCO CA 94111-3818 |
| Elisabetta G. Gasparini<br>Office of the United States Trustee<br>1835 Assembly Street Suite 953<br>Columbia, SC 29201-2448 | German American Capital Corp by Serv. Situs<br>2 Enbarcadero Center, Suite 1360<br>San Francisco, CA 94111-3818 | German American Capital Corporation acting b<br>c/o Baker Donelson<br>P.O. Box 3038<br>Johnson City, TN 37602-3038 |
| William Maxwell Gregg II<br>PO Box 66<br>Columbia, SC 29202-0066 | H2H ASSOCIATES<br>179 RIVER STREET<br>TROY NY 12180-3876 | HARRY A SWAGART<br>PO BOX 7787<br>COLUMBIA SC 29202-7787 |
| HARRY R EASTERLING<br>PO DRAWER 655<br>BENNETTSVILLE SC 29512-0655 | HENDERSON COUNTY TAX COLLECTOR<br>200 N GROVE STREET<br>SUITE 66<br>HENDERSONVILLE NC 28792-5027 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OP<br>POST OFFICE BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| JACOB S BARKER ESQUIRE<br>ELLIS LAWHORNE & SIMS PA<br>PO BOX 2285<br>COLUMBIA SC 29202-2285 | JPMorgan Chase Bank, National Association<br>3415 Vision Drive Dept. OH4-7133<br>Columbus OH 43219-6009 | JUPITER HOLDINGS LLC<br>78 ASHLEY POINT DRIVE<br>SUITE 300<br>CHARLESTON SC 29407-7584 |

| | | |
|---|---|---|
| Jupiter Capital, LLC<br>Haynsworth Sinkler Boyd, P.A.<br>c/o Tara E. Nauful<br>P.O. Box 340<br>Charleston, SC 29402-0340 | Jupiter Capital, LLC<br>c/o Stanley H McGuffin<br>Haynsworth Sinkler Boyd, P.A.<br>P.O. Box 11889<br>Columbia, SC 29211-1889 | LARRY PAUL<br>PO BOX 1037<br>CONWAY SC 29528-1037 |
| Larry Paul<br>c/o Ian D. McVey, Esquire<br>Callison Tighe & Robinson, LLC<br>P.O. Box 1390<br>Columbia, SC 29202-1390 | R. Geoffrey Levy<br>2300 Wayne Street<br>Columbia, SC 29201-2057 | Timothy M. Lupinacci<br>420 20th Street North<br>Suite 1400<br>Birmingham, AL 35203-3221 |
| MILEY & ASSOCIATES INC<br>4875 FOREST DRIVE<br>SUITE 204<br>COLUMBIA SC 29206-4811 | MOLTON LAMAR ARCHITECTS<br>808-C LADY STREET<br>COLUMBIA SC 29201-3104 | John L. McCants<br>Rogers Lewis Jackson Mann & Quinn LLC<br>1330 Lady Street, Suite 400<br>Columbia, SC 29201-3300 |
| Stanley H. McGuffin<br>1201 Main Street, 24th Floor<br>PO Box 11889<br>Columbia, SC 29211-1889 | Ian D. McVey<br>Turner Padget Graham and Laney, P.A.<br>PO Box 1473<br>Columbia, SC 29202-1473 | Julio E. Mendoza Jr.<br>Nexsen Pruet, LLC<br>PO Drawer 2426<br>Columbia, SC 29202-2426 |
| R. William Metzger Jr.<br>PO Box 944<br>Columbia, SC 29202-0944 | R. William Metzger Jr.<br>Robinson, McFadden & Moore, P.C.<br>Post Office Box 944<br>Columbia, SC 29202-0944 | NATIONSTAR MORTAGE,LLC<br>ATTN:BANKRUPTCY DEPARTMENT<br>PO BOX 619096<br>Dallas TX 75261-9096 |
| NORTHWESTERN MUTUAL<br>720 E WISCONSON AVENUE<br>MILWAUKEE WI 53202-4703 | Nationstar Mortgage LLC,<br>1587 Northeast Expressway<br>Atlanta, GA 30329-2401 | (p)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 |
| PALMETTO HEALTH CREDIT UNION<br>PO BOX 100167<br>COLUMBIA SC 29202-3167 | Palmetto Health Credit Union<br>c/o Crawford & von Keller<br>PO Box 4216<br>Columbia SC 29240-4216 | Larry Paul<br>c/o Ian D. McVey, Esquire<br>Callison Tighe & Robinson, LLC<br>1812 Lincoln Street<br>P.O. Box 1390<br>Columbia, SC 29202-1390 |
| Mary R. Powers<br>Richardson & Powers<br>6326 St. Andrews Rd.<br>Columbia, SC 29212-3126 | RICHARD MAXWELL SMITH ESQUIRE<br>MCNAIR LAW FIRM<br>PO BOX 1469<br>PAWLEYS ISLAND SC 29585-1469 | RICHLAND COUNTY TAX COLLECTOR<br>POST OFFICE BOX 11947<br>COLUMBIA SC 29211-1947 |
| RUSSELL BRANDS LLC<br>1225 LEE STREET<br>ALEXANDER CITY AL 35010-2657 | Russell Brands LLC<br>c/o Michelle P. Clayton<br>P.O. Box 1473<br>Columbia, SC 29202-1473 | SC DEPT OF REVENUE & TAXATION<br>ATTN MILTON GARY SIMPSON<br>PO BOX 12265<br>COLUMBIA SC 29211-2265 |
| SC EMPLOYMENT SECURITY COMMISSION<br>POST OFFICE BOX 995<br>COLUMBIA SC 29202-0995 | Susan B. Shaw<br>RCO Legal, PS<br>1587 Northeast Expressway<br>Atlanta, GA 30329-2401 | William Harold Short Jr.<br>Adams and Reese LLP<br>1501 Main Street, 5th Floor<br>Columbia, SC 29201-5801 |

| | | |
|---|---|---|
| Franklin G. Shuler Jr.<br>Turner, Padget, Graham & Laney P.A.<br>PO Box 1473<br>Columbia, SC 29202-1473 | John Timothy Stack<br>Office of the United States Trustee<br>1835 Assembly Street Suite 953<br>Columbia, SC 29201-2448 | TD BANK<br>PO BOX 8400<br>LEWISTON ME 04243-8400 |
| TD Bank N.A.<br>Attn: Bankruptcy Dept.<br>ME2-002-035<br>P.O. Box 9547<br>Portland, ME 04112-9547 | The University of South Carolina Educational<br>c/o William H. Short, Jr.<br>Adams and Reese LLP<br>1501 Main Street<br>5th Floor<br>Columbia, SC 29201-5801 | Christopher M. Towery<br>Womble Carlyle Sandridge & Rice LLP<br>1727 Hampton Street<br>Columbia, SC 29201-3419 |
| US Trustee's Office<br>Strom Thurmond Federal Building<br>1835 Assembly St.<br>Suite 953<br>Columbia, SC 29201-2448 | UNITED STATES ATTORNEY<br>MATTHEW J MODICA ESQ<br>1441 MAIN ST  STE 500<br>COLUMBIA SC 29201-2897 | US SECURITIES & EXCHANGE COMMISSION<br>OFFICE OF REORGANIZATION<br>950 E PACES FERRY RD STE 900<br>Atlanta GA 30326-1382 |
| VILLAGE OF FLAT ROCK<br>MARTHA ORR  TAX COLLECTOR<br>PO BOX 1288<br>FLAT ROCK NC 28731-1288 | VILLAGE OF FLAT ROCK<br>PO BOX 1388<br>FLAT ROCK NC 28731 | WELLS FARGO<br>CUSTOMER SERVICE<br>PO BOX 560948<br>CHARLOTTE NC 28256-0948 |
| Wells Fargo Bank, N.A.<br>P.O. Box 10438 MAC X2505-036<br>Des Moines, Iowa 50306-0438<br>Telephone number: 1-866-862-9753<br>Karen A. Maxcy, Esquire<br>1587 Northeast Expressway, Suite 203<br>Atlanta, GA 30329 | David Brian Wheeler<br>78 Wentworth Street<br>Charleston, SC 29401-1428 | Brent Young<br>Baker, Donelson, Bearman, Caldwell et al<br>100 Med Tech Parkway<br>Suite 200<br>Johnson City, TN 37604-2369 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BANK OF AMERICA<br>PO BOX 26078<br>GREENSBORO NC 27420 | Nationstar Mortgage, LLC<br>Attention: Bankruptcy Department<br>PO Box 619096<br>Dallas TX 75261-9741 | (d)Nationstar Mortgage, LLC<br>Attn: Bankruptcy Dept<br>PO Box 619096<br>Dallas TX 75261-9741 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Emerson Ventures II, Inc. and Johnson-Moun | (u)Anne Johnston Gregg | (u)JPMorgan Chase Bank, N.A. |
| (u)Palmetto Health Credit Union | (u)Sustainable Midlands<br>701 Whaley St<br>Columbia, So 29201 United States | (d)The University of South Carolina Education<br>c/o William H. Short, Jr.<br>Adams and Reese LLP<br>1501 Main Street<br>5th Floor<br>Columbia, SC 29201-5801 |

(u)U.S. Trustee                                   (u)University of South Carolina Development F          (d)WILLIAM MAXWELL GREGG II
                                                                                                         POST OFFICE BOX 66
                                                                                                         COLUMBIA SC 29202-0066


End of Label Matrix
Mailable recipients    74
Bypassed recipients     9
Total                  83