IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy Case No. 13-00665-dd |
| | ) | |
| William Maxwell Gregg, II, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## PLAN ADMINISTRATOR'S NOTICE OF SURRENDER OF REAL PROPERTY

**TO:    JP MORGAN CHASE BANK, N. A.**

YOU ARE HEREBY NOTIFIED THAT the Plan Administrator, as successor to the Chapter 11 Trustee pursuant to the Chapter 11 Trustee's Plan of Liquidation of Debtor, as modified ("Plan of Liquidation") confirmed by Order entered May 22, 2015 ("Confirmation Order"), hereby gives notice, pursuant to Article III.B.1 of the Plan of Liquidation and paragraph 9 of the Confirmation Order, of the surrender of Debtor's real property listed below to JP Morgan Chase Bank, N. A. ("Chase") in full and complete satisfaction of any and all claims which Chase has or may have, including but not limited to Claim #5, against Debtor, Debtor's Estate, Trustee and/or Plan Administrator.

**PROPERTY TO BE SURRENDERED:**

(1) Debtor's primary residence located at 2910 Gervais Street, Columbia, South Carolina 29204 (Richland County TMS #13903-10-01)

**APPRAISED VALUE OF PROPERTY:**

(1) Based on tax assessment information, length of time marketed, input from the listing broker and recent appraisal, the Plan Administrator estimates the value to be between $735,000.00 and $964,800.00

**LIENS/SECURITY INTERESTS:**

(1) JP Morgan Chase, N. A. - $755,729.39 as of 2/1/13 pursuant to Claim 5-1 filed 3/12/13
(2) Richland County Treasurer (2015 real property taxes)
(3) All other judgments against Debtor have been paid or satisfied through the Plan of Liquidation

WHEREFORE, notice is hereby given that the real properties referenced above are hereby surrendered in full and complete satisfaction of their claims.

R. William Metzger, Jr. (#5028)
Chapter 11 Plan Administrator
Post Office Box 944
Columbia, SC 29202
(803) 779-8900 phone/(803) 252-0724 fax
bmetzger@robinsonlaw.com

July 1, 2015

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In Re: | ) Bankruptcy Case No. 13-00665-dd |
| | ) |
| William Maxwell Gregg, II, | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) CERTIFICATE OF SERVICE |
| | ) |

This is to certify that I am a paralegal for R. William Metzger, Jr., Plan Administrator; that I have this day caused to be served upon the persons named below the **Plan Administrator's Notice of Surrender of Real Property** in the above captioned matter by placing a copy of same in the United States Mail, postage prepaid, in envelopes addressed as follows:

Chase
PO Box 78420
Phoenix, AZ 85062-8420

JPMorgan Chase Bank, National Association
3415 Vision Drive Dept. OH4-7133
Columbus, OH 43219-6009

Chase Records Center
Attn: Correspondence Mail, Mail Code LA4-5555
700 Kansas Lane
Monroe, LA 71203

Mary R. Powers, Esquire
The Hunoval Law Firm, PLLC
501 Minuet Lane, Suite 104-A
Charlotte, NC 28217-2710

ROBINSON, MCFADDEN & MOORE, P.C.

*Melissa H. White*
Melissa H. White, Paralegal for
R. William Metzger, Jr. (5028)
PLAN ADMINISTRATOR
Post Office Box 944
Columbia, SC  29202
(803) 779-8900

July __1__, 2015