IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy Case No. 13-00665-dd |
| | ) | |
| William Maxwell Gregg, II, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF APPLICATION AND OPPORTUNITY FOR HEARING

TAKE NOTICE that on September __1__, 2015, R. William Metzger, Jr., as Plan Administrator for the Debtor's bankruptcy estate, filed his Report of Substantial Consummation and Application for Final Decree and Final Report (hereinafter referred to as the "Application").

A copy of the Application accompanies this Notice.

TAKE FURTHER NOTICE that any response, return or objection to the Application should be filed with the Bankruptcy Court and served on all parties in interest within thirty (30) days of the date of this Notice.

TAKE FURTHER NOTICE that no hearing will be held on this Application unless a response, return and/or objection is timely filed and served, in which case the Court will conduct a hearing on **October 15, 2015 at 10:30 a.m.** at the J. Bratton Davis United States Bankruptcy Courthouse, 1100 Laurel Street, Columbia, South Carolina 29201.  No further notice of this hearing will be given.

R. William Metzger, Jr. (#5028)
Plan Administrator
Post Office Box 944
Columbia, SC 29202
(803) 779-8900 phone
(803) 252-0724 fax
bmetzger@robinsonlaw.com

September __1__, 2015

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy Case No. 13-00665-dd |
| | ) | |
| William Maxwell Gregg, II, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

PLAN ADMINISTRATOR'S REPORT OF SUBSTANTIAL CONSUMMATION AND
APPLICATION FOR FINAL DECREE

R. William Metzger, Jr., as Plan Administrator (the "Plan Administrator") for the above-captioned Debtor (the "Debtor"), hereby files this report of substantial consummation (the "Report") of the Chapter 11 Trustee's Plan of Liquidation of Debtor, as modified (the "Confirmed Plan"), which was confirmed by the Order Confirming Chapter 11 Trustee's Plan of Liquidation of the Debtor (the "Confirmation Order") on May 22, 2015. All capitalized terms used herein shall have the meaning set forth in the Confirmed Plan unless otherwise indicated.

JURISDICTION AND VENUE

1.     The Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334 and Local Civil Rule 83-IX.01 D.S.C.  This matter is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A).  Venue is proper in this Court pursuant to 28 U.S.C. §§1408 and 1409.

2.     The statutory basis for the relief requested herein are §§105, 350(a), 1101(2) and 1106(a)(7) of title 11 of the United States Code, 11 U.S.C. §§101-1532 (the "Bankruptcy Code"), Rules 2015 and 3022 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2015-3 of the Local Rules for the United States Bankruptcy Court for the District of South Carolina (the SC LBR").

<u>SUMMARY OF CASE</u>

3.     On February 1, 2013 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code, thereby commencing the above-captioned bankruptcy case (the "Chapter 11 Case").

4.     From February 1, 2013 until April 1, 2014 the Debtor operated as a debtor-in-possession.  Debtor engaged R. Geoffrey Levy and the Levy Law Firm, LLC as bankruptcy counsel, employed Cantey & Company, Inc. to manage the Rental Properties (as defined in the Confirmed Plan) and Kit Regnery and Carolina Commercial, LLC as real estate brokers to sell real property owned by the Debtor in Mt. Pleasant, South Carolina.  During the course of his Chapter 11 case the Debtor and his counsel actively engaged in negotiations for the sale of parcels of real property located in Mt. Pleasant, S.C. as well as offers to purchase the Debtor's assets in bulk.

5.     Unfortunately, with the exception of the proposed sale of the Mt. Pleasant property to CK Multifamily Acquisitions, LLC for the bid price of $11,500,000.00 ("CK Sale"), which was not approved by this Court, any other offers were deemed inadequate by the Debtor. The lack of sales activity, coupled with the fact that Debtor's asserted values of the real property made every secured creditor believe and assert they were over-secured under Section 506 of the Bankruptcy Code, created frustration amongst creditors.  With time, post-petition interest (ranging from 2.75% to 8.00%), fees and other expenses continued to accumulate on secured claims, eroding the potential equity of the Debtor.  Finally, the Colonial Warehouse bankruptcy was dismissed with prejudice allowing German American Capital Corporation ("GACC") to conclude that foreclosure in early 2014 and create the largest asserted unsecured claim in Debtor's case at $3,508,073.58.

6.    Debtor's sole income during the case has been the net proceeds from the Rental Properties ($3,000.00 - $5,000.00 per month) and a distribution from the Harden-Beltline Partnership ($976.00 per month) of which Debtor is a partner.

7.    Other significant post-petition actions by the Debtor prior to appointment of the Trustee included (i) granting relief from the automatic stay of Section 362 of the Bankruptcy Code to Larry Paul, who held mortgages on two (2) significant parcels of real property, (ii) granting relief from the automatic stay of Section 362 of the Bankruptcy Code to Palmetto Health Credit Union with respect to a 2007 Mercedes-Benz automobile, (iii) agreeing with Jupiter Capital, LLC to pursue a credit bid sale for the Mt. Pleasant real property and (iv) filing 4 different versions of a disclosure statement and plan, none of which were ever approved by the Bankruptcy Court.  An unsecured creditors committee was not appointed in this Chapter 11 case.

8.    On February 11, 2014 the United States Trustee filed a motion to convert the Debtor's Chapter 11 case to a liquidation under Chapter 7 of the Bankruptcy Code.  The matter was taken under advisement by the Bankruptcy Court.  By Order entered April 1, 2014, R. William Metzger, Jr., was appointed as the Chapter 11 Trustee (the "Trustee").

9.    On April 2, 2014, the Trustee filed an application seeking Bankruptcy Court approval to employ Robinson, McFadden & Moore, P.C. ("RMM") as bankruptcy counsel.  On April 15, 2014, the Court entered an Order approving RMM's employment [Dkt. No. 207].

10.   Trustee immediately sought to identify appropriate brokers for Debtor's real property based on type, complexity and location. Trustee agreed with Debtor's application to employ C. Whitaker Moore and Coldwell Banker United, Realtors ("Coldwell") as broker for the Debtor's residence at 2910 Gervais Street and an Order approving Coldwell's employment [Dkt. No. 209] was entered on April 16, 2014. By Order entered May 12, 2014, Trustee employed J.

3

Carter Weston and Weston Company ("Weston") as broker for the Debtor's 4 Rental Properties; however, the rental nature of these properties minimized Weston's ability to effectively market the properties and Trustee determined to continue to rent the properties to generate income. Trustee employed Henry "Woody" W. Moore, Jr. and Colliers International ("Collier") as broker for various commercial tracts of property owned by the Debtor and this Court entered an Order approving Collier's employment [Dkt. No. 223] on May 20, 2014. Finally, Trustee sought to continue the employment of George W. Durant and DuRant, Schraibman & Lindsay, LLC ("DuRant") as accountants for the Debtor and on August 21, 2014, the Court entered an Order approving DuRant's employment [Dkt. No. 289].

11.    Upon the Trustee's appointment, the Trustee and his Professionals assessed the Debtor's business and its strategic alternatives and determined, among other things: (1) the Debtor had limited liquidity and revenue; (2) while there appeared to be equity in most of Debtor's real property assets, the Debtor's asserted values were not realistic given the challenges and issues associated with those properties related to title, zoning, and other political, entitlement and development issues, (3) income from Debtor's Rental Properties and the monthly distribution from Harden-Beltline Partnership would not be sufficient to cover operating expenses like real property taxes, etc.; (4) accruing post-petition interest, fees and other expenses on the secured debt was rapidly deteriorating any equity cushion such that the Debtor's real property assets would need to be prioritized and liquidated as expeditiously as possible; (5) the deteriorating physical condition of the Debtor's Flat Rock property and the inability to continue to insure said property required a "quick sale" liquidation; (6) the sheer amount of the secured claim of Jupiter Capital, LLC, coupled with the pending credit bid motion, made the sale of the 38 acre tract in Mt. Pleasant the next pressing matter; and (7) if properties could be timely sold at

4

reasonable market value prices, there was still a hope of a solvent case where certain assets or properties could be retained by Debtor.

12.    Consequently, the Trustee determined that the Debtor's real property should be sold as expeditiously as possible to preserve going concern value which would maximize recovery for the benefit of creditors. The Disclosure Statement [Dkt. No. 456] and Confirmed Plan contain significant details on the actions of the Trustee since his appointment and reference is made to those documents for further details on specific actions or properties.

13.    Throughout the balance of 2014, the Trustee remained active in maximizing value for Debtor's assets through liquidation. While the relief granted to creditor Larry Paul prior to Trustee's appointment was upheld [see Dkt. No. 215] resulting in the loss to the estate of the DeBruhl-Marshall house and a 26+/- acre tract off National Guard Road, the subsequent foreclosure sale did reduce Debtor's secured debt by over $1.7 million.

14.    The financial results of Trustee's activities from April 1, 2014 to December 31, 2014 are summarized in **Exhibit A** attached hereto and incorporated herein by reference. Trustee successfully consummated the sale of 4 properties- (a) "Mountain Lodge", a historic home in Flat Rock, N.C. [Report of Sale at Dkt. No. 254], (b) a 298 +/- acre tract of real property in Richland County known as the "Quarry Tract" [Report of Sale at Dkt. No. 381], (c) the 38 +/- acre tract in Mt. Pleasant [Report of Sale at Dkt. No. 388] and (d) a 12 +/- acre tract in Richland County [Report of Sale at Dkt. No. 389]. Through these sales, Trustee was able to generate $4,095,379.36 in net proceeds for the estate while (a) paying all past due taxes, closing costs and commissions on the properties, (b) reducing and/or eliminating secured debt totaling $11,203,510.29 (of which $1,803,052.78 was accrued interest) and (c) incurring a tax liability of only $79,413.00. In addition to these property sales, Trustee generated additional income from

the Rental Properties, extension fees not applicable to purchase price ($200,000.00), forfeited earnest money ($50,000.00) and lease revenue ($10,000.00) and paid $181,196.12 in administrative expense claims.    On December 31, 2014 Trustee held approximately $4,175,865.94 in net estate proceeds.

15.    In 2015, Trustee continued his efforts by filing a Disclosure Statement and Plan of Liquidation, resulting in the Confirmed Plan, and by further liquidating some of Debtor's remaining real property.  The financial results of Trustee's activities from January 1, 2015 to the Effective Date of Confirmation, June 2, 2015, are attached hereto as **Exhibit B** and incorporated herein by reference.  Trustee consummated the sale of 2 additional properties- (a) a 5.7 acre tract on S. Stadium Road in Richland County, S.C. [Report of Sale at Dkt. No. 444] and (b) 5.94 acres on the corner of Gervais St. and Millwood Ave. in Richland County, S.C. [Report of Sale at Dkt. No. 485]- which generated an additional $490,672.30 in net proceeds to the estate while (a) paying all past due taxes, closing costs and commissions on the properties and (b) reducing secured debt by an additional $749,660.00 (of which $195,993.87 was accrued interest).

16.    The Trustee was, however, obligated to pay significant administrative expenses and priority claims in 2015.  Cherokee Rose Resources, LLC, the "stalking horse bidder" for the Quarry Tract, was entitled to a $75,000.00 overbid fee paid at closing and an expense reimbursement of $100,000.00 which was approved by Order entered on January 7, 2015 [Dkt. No. 393].  Trustee, separate from the sale of real property, negotiated a definitive claim amount for ad valorem real property taxes for all of Debtor's holdings in Richland County for tax years 2012 through 2014 and paid $86,666.97 to Richland County.  Jupiter Holdings, LLC asserted an additional claim for fees and expenses associated with their secured debt.  This Court denied in part and allowed in part those fees, Jupiter filed an appeal and Trustee ultimately resolved the

matter by Order entered February 12, 2015 [Dkt. No. 416] which resulted in an additional payment to Jupiter of $35,000. Trustee also had to pay the 2014 tax liability of $79,413 and there was an additional payment of $482,252.97 on administrative claims. On the Effective Date (June 2, 2015), Trustee held approximately $3,867,541.12.

17.     The Chapter 11 Trustee's Plan of Liquidation of the Debtor filed on April 8, 2015 [Dkt. No. 455] as modified on May 20, 2015 [Dkt. No. 483] was confirmed by this Court's Order Confirming Chapter 11 Trustee's Plan of Liquidation of the Debtor as Modified entered May 22, 2015 [Dkt. No. 495] ("Confirmed Plan"). The Effective Date of the Confirmed Plan was June 2, 2015 at which time the Chapter 11 Trustee became the Plan Administrator.

18.     The powers and authority of the Plan Administrator were set forth in the Confirmed Plan but are substantially similar to the Trustee. Attached hereto and incorporated herein by reference as **Exhibit C** is the summary of the receipts and disbursements of the Plan Administrator from the Effective Date through August 31, 2015. The only additional sale of property consummated by the Plan Administrator was the Dreyfus Road parcel which resulted in $162,525.75 in net proceeds to the estate [Report of Sale at Dkt. No. 529].

19.     The role of the Plan Administrator, however, was to fulfill the terms and conditions of the Confirmed Plan. In that role, Plan Administrator (a) surrendered the Debtor's primary residence at 2910 Gervais Street on July 1, 2015 [Dkt. No. 517] in full satisfaction of the secured debt to J.P. Morgan Chase, (b) negotiated a resolution of Debtor's remaining secured debt with Nationstar Mortgage, LLC (discussed in more detail below) which was approved by Order entered July 15, 2015 [Dkt. No. 523] ("Nationstar Settlement"), (c) completed the previously approved settlement with GACC [see Dkt. No. 441] by paying the allowed amount of their reduced unsecured claim in full (an $900,000 reduction from the filed claim) and (d) filed

7

objections to certain claims with this Court entering an Order Setting Claims on July 17, 2015 [Dkt. No. 532].

20.     The Nationstar Settlement resolved the secured debt on 3 of the Rental Properties and allows Debtor to preserve significant equity in the Rental Properties and continue to rent them with sufficient revenue to service the secured debt, pay all expenses and pay annual real property taxes with some excess cash flow remaining for the Debtor. Plan Administrator paid $144,591.61 to Nationstar to reimburse Nationstar for taxes advanced for 2013 and 2014 and pay a $30,000 principal reduction on each loan (Nationstar agreed to not assert a claim for post-petition interest, which could have been as much as $35,000) with the balance of each loan refinanced over 30 years at a fixed interest rate of 2.625%. As part of its resolution with Richland County, Plan Administrator successfully obtained significant reductions in the tax assessed values of the Rental Properties (and Debtor's primary residence) to benefit the Debtor for tax year 2015 and forward. Plan Administrator completed the Nationstar Settlement by paying the initial monthly payments due September 1, 2015 (totaling $1,665.65) and funding a $25,000 tax escrow to Cantey & Company for 2015 real property taxes on the Rental Properties.

21.     Once it was determined the estate was solvent, additional payments were made on behalf of the Debtor- (a) $24,720.59 paid to Georgetown County, S.C. to redeem real property owned by Caledonia Two, LLC which has been abandoned to Debtor, (b) $49,102.20 previously paid by Trustee to Richland County for unpaid real property taxes on property abandoned to Debtor, (c) an additional payment of $100,000.00 to GACC per the GACC Settlement and (d) $5,480 to substantially repair and replace the HVAC system on Debtor's residence (at Debtor's specific request and instruction). This was in addition to monthly payments of $2,500 made by Trustee and Plan Administrator to Debtor for living expenses.

22.     Trustee and Plan Administrator have filed Monthly Reports detailing all income received and expenses paid since his appointment [See Dkt. Nos. 222, 228, 249, 271, 306, 322, 341, 358, 380, 395, 415, 445, 451, 473, 505, 521 and 546]. **All allowed claims have been paid in full.** Plan Administrator has requested and received approval from the Special Notice Parties to (a) make final payments to the attorneys and accountants for Plan Administrator with estimates for additional time associated with this Application and the final estate tax return and (b) pay himself the full commission on monies disbursed or to be disbursed, including the Reserve Amount discussed below.

23.     Other than leases associated with the Rental Properties, there are no other executory contracts or leases known to Trustee.  Other than leases associated with the Rental Properties, all other executory contracts and unexpired leases have been rejected pursuant to the Confirmed Plan and the deadline for any rejection claims has expired.

24.     Pursuant to the Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines entered on February 1, 2013 [Dkt. No. 2], the Bankruptcy Court set the Bar Date for filing Proofs of Claim for any person or entity other than governmental units as June 2, 2013 and for any governmental unit as July 31, 2013.  Any person who is required to but failed to file a proof of claim on account of a Prepetition Claim on or before the Bar Date is forever barred, estopped and enjoined from receiving a distribution under the Plan and is forever barred, estopped and enjoined from asserting a Prepetition Claim against the Debtor, its Estate or any successors or assigns.

25.     As of July 31, 2013, creditors filed Proofs of Claim as follows: (a) general unsecured Claims in the aggregate amount of approximately $3,792,687.32; (b) Priority Claims in the aggregate amount of $175,766.09; and (c) Secured Claims in the aggregate amount of

$11,670,685.34. On June 5, 2015, the Plan Administrator filed Plan Administrator's Objection to Claims and/or Intended Treatment of Said Claims [Dkt. No. 503]. The Order Setting Claims was entered on July 17, 2015 [Dkt. No. 532].

26. The Trustee/Plan Administrator has worked with Debtor and the Accountants for the Estate to ensure that both his individual return for 2012, 2013, and 2014 and the estate return for 2013 and 2014 have been filed. The Plan Administrator will file, or cause to be filed, a Final 2015 return for the Bankruptcy Estate using August 31, 2015 as a cutoff date. Because this Application has not yet been approved and because of the time required to get approval from the IRS as to the final return, Plan Administrator has disbursed the remaining funds to Debtor less a $50,000 reserve ("Reserve Amount") to be released to Debtor upon confirmation of IRS acceptance of the Final Return and assuming no extraordinary expenses. Plan Administrator does not estimate any tax liability associated with the Final Return.

27. In less than 16 months, the Trustee/Plan Administrator has sold $17,825,000.00 in real property of the Debtor, paying off $12,097,761.91 in secured debt[1] (after obtaining approximately $500,000 in secured debt concessions/reductions). Trustee/Plan Administrator has paid over $200,000 in real property taxes, in many cases redeeming property from tax sales. The total administrative costs of Trustee, Plan Administrator, their professionals and Debtor's attorney (exclusive of commissions to brokers) are $1,217,211.90. Finally, Plan Administrator has paid $2,768,957.88 in allowed unsecured claims after obtaining over $1 million in concessions or reductions to filed unsecured claims. After payment of all allowed claims, the Debtor has received approximately $637,769.94 in either direct payments or payments made on his behalf for properties retained by Debtor. Additionally, Debtor retains property worth over $6 million (per his asserted values) with only $414,700.00 in secured debt on the Rental Properties.

---

[1] Of which $1,999,046.65 was accrued interest

## SUBSTANTIAL CONSUMMATION OF CONFIRMED PLAN

28.     The Effective Date of the Confirmed Plan was June 2, 2015.  All sales of real property necessary to effectuate the Confirmed Plan have been consummated.

29.     On June 19, 2015, the Plan Administrator filed the Notice of Initial Distributions Required under Confirmed Plan of Liquidation [Dkt. No. 511].   The initial distribution to creditors was made on June 26, 2015.  As of the filing of this Application, all allowed claims have been paid in full and all remaining funds have been or will be disbursed to Debtor.

30.     Consequently, the Plan Administrator has substantially consummated the terms of the Confirmed Plan.

## THE ESTATE IS FULLY ADMINISTERED AND THE CASE SHOULD BE CLOSED

31.     Rule 3022 of the Federal Rules of Bankruptcy Procedure provides as follows: "After an estate is fully administered in a Chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case." Fed.R.Bankr.P. 3022.

32.     The question of when a Chapter 11 estate has been "fully administered" is determined by a review of several factors, and is reviewed on a case-by-case basis.  As explained in the 1991 Advisory Committee's Notes to Rule 3022:

> Entry of a final decree closing a Chapter 11 case should not be delayed solely because the payments required by the plan have not been completed.  Factors that the court should consider in determining whether the estate has been fully administered include: (1) whether the order confirming the plan has become final; (2) whether deposits required by the plan have been distributed; (3) whether the property proposed by the plan to be transferred has been transferred; (4) whether the debtor or successor of the debtor under the plan has assumed by business or the management of the property dealt with by the plan; (5) whether payments under the plan have commenced; and (6) whether all motions, contested matters and adversary proceedings have been finally resolved.

11

The Chapter 11 case satisfies the relevant above stated factors. The Confirmation Order is final. All deposits and transfers have been made and the monies held by Plan Administrator have been fully disbursed. Debtor has taken over responsibility for all property abandoned or surrendered. Payments under the Plan have been commenced and completed with all claims have been resolved and all allowed claims have been paid. All deadlines under the Confirmed Plan has passed and all motions, contested matters and adversary proceedings have been finally resolved.

WHEREFORE, the Plan Administrator requests this Court enter a final decree which closes the Chapter 11 case, and grant such other and further relief to which the Debtor may be justly entitled.

R. William Metzger, Jr. (#5028)
Plan Administrator
Post Office Box 944
Columbia, SC 29202
(803) 779-8900 phone/(803) 252-0724 fax
bmetzger@robinsonlaw.com

September ____, 2015

12

# EXHIBIT A

# Gregg Plan of Liquidation
## 2014 Actual Sources/Uses of Cash

**Net Proceeds from Sales of Real Property of Debtor in 2014**

| | | |
|---|---|---:|
| Flat Rock, N.C. Property | $ | 54,707.98 |
| 298 +/- acre parcel in Richland County, S.C. | $ | 2,153,168.29 |
| 38+/- acre parcel in Mount Pleasant, S.C. | $ | 946,987.35 |
| 12 +/- acre parcel in Richland County, S.C. | $ | 940,515.74 |
| **Total Net Proceeds from Sales** | $ | 4,095,379.36 |

**Net Income from Monthly Reports (exclusive of Sales)**

| | | |
|---|---|---:|
| April | $ | 651.00 |
| May | $ | 190.44 |
| June | $ | 2,651.02 |
| July | $ | 1,175.29 |
| August | $ | (947.75) |
| September (includes $50M forfeited deposit & $10M lease) | $ | 26,823.65 |
| October | $ | (5,166.21) |
| November | $ | (149,073.15) |
| December (includes $200,000 in MP extension fees) | $ | 204,182.29 |
| **Total Net Income from Monthly Reports (exclusive of sales)** | $ | 80,486.58 |
| **Estate Funds as of 12/31/2014** | $ | 4,175,865.94 |

8/27/2015

# EXHIBIT B

# Gregg Plan of Liquidation
## Actual/Estimated 2015 Sources/Uses of Cash
### As of June 2, 2015

| | | |
|---|---|---:|
| **Carry Over of Available Funds as of 12/31/2014** | $ | 4,175,865.94 |
| | | |
| **Net Proceeds from Property Sales in 2015** | | |
| 5.7 acres- S. Stadium Road- Richland Co., S.C. (closed 3/4/2015) | $ | 225,994.26 |
| 5.94 acres- Gervais/Millwood- Richland Co., S.C. (closed 5/20/2015) | $ | 264,678.04 |
| **Total Net Proceeds (Actual & Estimated) from Property Sales** | $ | 490,672.30 |
| | | |
| **Net Proceeds from Monthly Reports (exclusive of sales)** | | |
| Actual January (includes $100,000 reimbursement to Cherokee Rose) | $ | (107,019.64) |
| Actual February (includes $35,000 addt'l Jupiter payment and UST Q Fees) | $ | (43,000.20) |
| Actual March (includes payment of T'ee commission, atty fees & acct.) | $ | (477,331.31) |
| Actual April (includes 2014 taxes ($79,413.00) and UST quarterly fees) | $ | (83,161.14) |
| Actual May (paid $37,564.77 in taxes on G/M & $49,102.20 on Trenholm/38lots) | $ | (88,484.83) |
| **Total Net Proceeds from Monthly Reports (exclusive of sales)** | $ | (798,997.12) |
| | | |
| **Funds Held By Trustee on Effective Date (06/02/2015)** | $ | 3,867,541.12 |

# EXHIBIT C

| | | Checking Acct Balance | Reserve Acct Balance | |
|---|---|---|---|---|
| **Cash Proceeds Received by Plan Administrator on Effective Date (6/2/15):** | | | | |
| Checking Account Transfer | $ 44,919.03 | | | |
| Sweep Account Transfer | $ 3,822,622.10 | | | |
| May Rental Income/Harden-Beltline Partnership | $ 4,557.90 | | | |
| *Total Funds Received 6/2/15:* | $ 3,872,099.03 | $ 3,872,099.03 | | |
| | | | | |
| **Additional Revenues Received by Plan Administrator for June, 2015:** | | | | |
| Interest | $ 41.94 | | | |
| June Rental Income/Harden-Beltline Partnership | $ 3,177.29 | | | |
| Interest | $ 95.72 | | | |
| *Total Additional Revenue in June:* | $ 3,314.95 | | | |
| | | | | |
| **Less Claims/Expenses Paid by Plan Administrator for June, 2015:** | | | | |
| Plan Administrator Bond (paid 6/15/15) | $ (5,532.00) | | | |
| Real Property Taxes- Caledonia Two (paid 6/17/15) | $ (24,720.59) | | | |
| Initial Distribution to Unsecured Creditors (06/26/15): | | | | |
| German American Capital Corporation (Claim 2) | $ (1,304,036.79) | | | |
| Anne Gregg (Claim 4) | $ (65,468.76) | | | |
| Molten/Lamar Architects (Claim 6) | $ (1,733.18) | | | |
| Palmetto Health Credit Union (Claim 14) | $ (4,480.84) | | | |
| Harry Swagart | $ (60.00) | | | |
| Payment to Disputed Claims Reserve Account (not used for PA commission) | $ (70,069.11) | | | |
| June Payment to Bill Gregg | $ (2,500.00) | | | |
| Bank Fee- Wire Transfer | $ (24.00) | | | |
| *Total Claims/Expenses Paid in June:* | $ (1,478,625.27) | $ 2,396,788.71 | $ 70,069.11 | $ 2,466,857.82 |
| | | | | |
| **Additional Revenues Received by Plan Administrator for July, 2015:** | | | | |
| Net Closing Proceeds from Dreyfus Road Sale | $ 162,525.75 | | | |
| July Rental Income/Harden-Beltline Partnership | $ 3,996.32 | | | |
| Interest | $ 98.32 | | | |
| *Total Additional Revenue in July:* | $ 166,620.39 | | | |
| | | | | |
| **Less Claims/Expenses Paid by Plan Administrator for July, 2015:** | | | | |
| Plan Administrator Commission (based on June disbursements) | $ (42,268.83) | | | |
| Plan Administrator Attorney Fees- June | $ (15,375.63) | | | |
| Payment to Nationstar (est. 7/26/15) | $ (144,591.61) | | | |
| Final Trustee Commission Application | $ (49,961.14) | | | |
| Final Trustee Attorney Fee Application | $ (85,122.21) | | | |
| Final Accountant Fee Application | $ (15,577.50) | | | |
| Quarterly UST Fee | $ (9,750.00) | | | |
| Bill Gregg- July | $ (2,500.00) | | | |
| Other Expenses | $ - | | | |
| *Total Claims/Expenses Paid in July:* | $ (365,146.92) | $ 2,198,262.18 | $ 70,069.11 | $ 2,268,331.29 |
| | | | | |
| **Additional Revenues Received by Plan Administrator for August, 2015:** | | | | |
| Disputed Reserve Account Funds | $ 70,069.11 | | $ (70,069.11) | |
| August Rental Income/Harden-Beltline Partnership | $ 5,900.06 | | | |
| Interest | $ - | | | |
| *Total Additional Revenue in August:* | $ 75,969.17 | | | |
| | | | | |
| **Less Claims/Expenses Paid by Plan Administrator for August, 2015:** | | | | |
| Debtors Attorney Fees | $ (235,455.43) | | | |
| Plan Administrator Commission (based on July disbursements) | $ (11,328.64) | | | |
| Plan Administrator Attorney Fees- July | $ (10,186.04) | | | |
| Final Distribution to Unsecured Creditors: | | | | |
| German American Capital Corporation (Claim 2) | $ (1,304,036.79) | | | |
| Anne Gregg (Claim 4) | $ (65,468.76) | | | |
| Molten/Lamar Architects (Claim 6) | $ (1,733.17) | | | |
| Palmetto Health Credit Union (Claim 14) | $ (4,480.84) | | | |
| Harry Swagart | $ (60.00) | | | |
| H2H Associates | $ (3,000.00) | | | |
| Harry Easterling | $ (10,000.00) | | | |
| Miley & Associates | $ (4,398.75) | | | |
| Additional Payment to GACC Per Settlement | $ (100,000.00) | | | |
| Payment to Nationstar- September Debt Service | $ (1,665.65) | | | |
| Payment to Cantey- Escrow for 2015 Taxes on Rental Properties | $ (25,000.00) | | | |
| Other Expenses- HVAC 2910 Gervais Street | $ (5,840.00) | | | |
| *Total Claims/Expenses Paid in August:* | $ (1,782,654.07) | $ 491,577.28 | $ - | |
| | | | | |
| **Expenses Paid in Advance to Close Case in August:** | | | | |
| Final PA Commission (based on August disbursements and balance) | $ (68,226.94) | | | |
| Final PA Attorney Fees | $ (13,481.70) | | | |
| Final PA Accountant Fees | $ (6,778.75) | | | |
| Final UST Quarterly Fee (3rd and 4th Q Paid in Advance) | $ (10,400.00) | | | |
| Final Case Closing Expenses | | | | |
| *Total Close Out Expenses:* | $ (98,887.39) | $ 392,689.89 | | |
| | | | | |
| Payment to Debtor | $ (342,689.89) | | | |
| Reserve (held until final decree entered and IRS accepts final return) | $ (50,000.00) | | | |
| | $ (392,689.89) | $ - | | |
| | | | | |
| | | **Net Benefit to Debtor:** | | |
| | | Taxes- Richland County | $ 49,102.20 | |
| | | Taxes- G'town County | $ 24,720.59 | |
| | | Nationstar Payment | $ 144,591.61 | |
| | | Payments to Cantey | $ 26,665.65 | |
| | | Net Cash Available | $ 392,689.89 | |
| | | **Total Net Benefit:** | $ 637,769.94 | |
| | | Base Net Benefit: | $ (351,453.14) | |
| | | | $ 286,316.80 | |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy Case No. 13-00665-dd |
| | ) | |
| William Maxwell Gregg, II, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

## PLAN ADMINISTRATOR'S FINAL REPORT

R. William Metzger, Jr., as Plan Administrator (the "Plan Administrator") for the above-caption Debtor (the "Debtor"), hereby files this Final Report and states that the following amounts have been paid, pursuant to the Chapter 11 Trustee's Plan of Liquidation of the Debtor as modified (the "Plan") and the Order Confirming Chapter 11 Trustee's Plan of Liquidation of the Debtor as Modified filed May 22, 2015:

**A.  Priority Payments and Expenses of Administration:**

| | |
|---|---|
| Trustee's Fees and Costs (Dkt. Nos. 367, 436 & 530): | $  445,912.93 |
| Plan Administrator's Fees and Costs: | $  121,824.41 |
| Attorney Fees and Costs for the Trustee (Dkt. Nos. 288, 366, 437 & 531): | $  309,753.26 |
| Attorney Fees and Costs for Plan Administrator: | $   39,043.37 |
| Attorney's Fees and Costs for the Debtor (Dkt. No. 549): | $  235,455.43 |
| Accountant for Trustee (Dkt. No. 265, 435 & 518): | $   58,443.75 |
| Accountant for Plan Administrator: | $    6,778.75 |
| Federal Income Taxes for 2014: | $   79,413.00 |
| Ad Valorem Real Property Taxes- Richland County: | $   86,666.97 |
| Cherokee Rose – break-up fee | $   75,000.00 |
| Cherokee Rose – reimbursement to stalking horse bidder | $  100,000.00 |

Jupiter Capital, LLC – settlement proceeds            $      35,000.00

Payments to U.S. Trustee:                             $      43,225.00

Total A:                                              $ 1,636,516.87

**B.**      **Payments to Creditors:**

Secured Payments[1]:

Class 1 – J.P. Morgan Chase Bank, N.A. (Property was
surrendered in full satisfaction of debt- Dkt. No. 517)      $      -0-

Class 2 – Nationstar Mortgage, LLC                    $      52,027.23[2]
    1236 Glenwood Road, Columbia, SC

Class 3 – Nationstar Mortgage, LLC                    $      47,213.97[3]
    1237 Jennings Court, Columbia, SC

Class 4 – Nationstar Mortgage, LLC                    $      45,350.41[4]
    1601 Hagood Street, Columbia, SC

Class 5 – German American Capital Corporation         $    749,660.00

Class 6 – Any remaining secured claims                $      -0-

Unsecured Payments:

Class 7 – Non-Tax Priority Claims                     $      -0-

Class 8 – German American Capital Corporation         $ 2,608,073.58

Class 9 – Unsecured Claims                            $    160,884.30

Class 10 – Debtor                                     $    392,689.89

Total B:                                              $ 4,055,899.38

---

[1] Larry Paul (Claim #13 for $1,472,968.80) obtained relief from stay and satisfied his claim through foreclosure of
his collateral.  Russell Brands ($1,268,823.11) and Jupiter Capital ($9,934,687.18) were paid out of proceeds of sale
prior to confirmation of a plan.
[2] Balance of $165,400.00 refinanced over 30 years at 2.625%
[3] Balance of $135,600.00 refinanced over 30 years at 2.625%
[4] Balance of $113,700.00 refinanced over 30 years at 2.625%

C.    Other Payments:

Monthly Payments to the Debtor ($2,500.00/month)            $    40,000.00

Cantey & Company – Debt service for 9/1/15 payments
to Nationstar Mortgage, LLC                                 $     1,665.65

Cantey & Company – 2015 property taxes                      $    25,000.00

Payment to Georgetown County Tax Collector for taxes
on Caledonia Two properties                                 $    24,720.59

German American Capital – additional settlement funds       $   100,000.00

Total C:                                                    $   191,386.24

D.    Total Distribution (A + B + C)[5]:                    $ 5,883,802.49

See Trustee/Plan Administrator Ledgers attached as Exhibit 1 hereto, and Exhibits A, B, and C to
Plan Administrator's Report of Substantial Consummation and Application for Final Decree for
further clarification.

R. William Metzger, Jr. (#5028)
Plan Administrator
Post Office Box 944
Columbia, SC 29202
(803) 779-8900 phone
(803) 252-0724 fax
bmetzger@robinsonlaw.com

September ___1___, 2015

---

[5] Does not include other distributions for taxes, secured debt, closing costs and brokerage commissions as set forth
in the Reports of Sale (Dkt. Nos. 254, 381, 388, 389, 444, 485, and 529) and additional expenditures detailed in the
Monthly Reports (Dkt. Nos. 222, 228, 249, 271, 306, 322, 341, 358, 380, 395, 415, 445, 451, 473, 505, 521, and
546) for other distributions.

3

# Exhibit 1

## TRUSTEE - RECEIPT AND DISBURSEMENT LEDGER (OPERATING ACCOUNT)

| Date | Receipt Amount | Source | Disbursement Amount | Payee | Check No. | Description |
|---|---|---|---|---|---|---|
| 4/28/2014 | 976.00 | Harden-Beltline Partnership | | | | |
| 4/29/2014 | | | 325.00 | United States Trustee | 93 | Quarterly fee |
| 5/7/2014 | | | 121.56 | BB&T draft | NA | Check charges |
| 5/21/2014 | | | 20.56 | BB&T draft | NA | Deposit slip charges |
| 5/24/2014 | 1,856.56 | Cantey & Company - Glenwood $545.48; Hagood $2,224.63; Jennings $-551.74; Trenholm $-361.81 | | | | May rental income |
| 5/29/2014 | 976.00 | Harden-Beltline Partnership | | | | |
| 5/29/2014 | | | 2,500.00 | William Gregg | 1001 | Monthly disbursement |
| 6/2/2014 | 815.04 | Cantey & Company - Glenwood $-37.81; Jennings $-48.26; Trenholm $901.11 | | | | Remainder of May reintal income |
| 6/19/2014 | 976.00 | Harden-Beltline Partnership | | | | |
| 6/25/2014 | | | 2,500.00 | William Gregg | 1002 | Monthly disbursement |
| 6/26/2014 | 2,954.98 | Cantey & Company - Glenwood $1,131.85; Hagood $-367.27; Jennings $1,439.90; Trenholm $750.50 | | | | June rental income |
| 7/1/2014 | 405.00 | Cantey & Company - Hagood $405.00 | | | | Remainder of June rental income |
| 7/15/2014 | | | 2,500.00 | William Gregg | 1003 | Monthly disbursement |
| 7/23/2014 | | | 271.00 | Insurance Partners Agency | 1004 | Bond payment - $25,000 bond |
| 7/28/2014 | 976.00 | Harden-Beltline Partnership | | | | |

# TRUSTEE - RECEIPT AND DISBURSEMENT LEDGER (OPERATING ACCOUNT)

| Date | Receipt | Description | Payee | Check No. | Disbursement | Memo |
|---|---|---|---|---|---|---|
| 7/30/2014 | 2,974.29 | Cantey & Company - Glenwood $1,382.21; Hagood $-548.99; Jennings $1,245.57; Trenholm $895.50 | | | | July rental income |
| 7/31/2014 | | | | | 4.00 | Bank charge |
| 8/1/2014 | 54,707.98 | Flat Rock proceeds of sale | | | | |
| 8/1/2014 | | | William Gregg | 1005 | 2,500.00 | Monthly disbursement |
| 8/1/2014 | | | Insurance Partners Agency | 1006 | 522.00 | Bond payment -increase bond to $250,000 |
| 8/27/2014 | | | William Gregg | 1007 | 2,500.00 | Monthly disbursement |
| 8/28/2014 | 976.00 | Harden-Beltline Partnership | | | | |
| 8/28/2014 | 3,602.25 | Cantey & Company - Glenwood $1,487.50; Hagood $829.23; Jennings $1,440.00; Trenholm $-154.48 | | | | August rental income |
| 8/29/2014 | | | | | 4.00 | Bank charge |
| 9/3/2014 | 50,000.00 | Non-refundable deposit for 5.77 acre sale | | | | |
| 9/3/2014 | | | Robinson, McFadden & Moore, P.C. | 1008 | 29,816.59 | 1/2 of approved fees and costs |
| 9/3/2014 | | | DuRant, Schraibman & Lindsay, LLC | 1009 | 5,616.88 | 1/2 of approved fees |
| 9/3/2014 | | | M. Francisco Gonzalez MD PA | 1010 | 202.00 | post-petition medical bill |
| 9/4/2014 | | | Russell Brands, LLC | 1011 | 1,895.50 | reimbursement for insurnace on Flat Rock, NC property |
| 9/5/2014 | 10,000.00 | Parking lease for 5.77 acres | | | | |

# TRUSTEE - RECEIPT AND DISBURSEMENT LEDGER (OPERATING ACCOUNT)

| Date | Receipt detail | Receipt amount | Payee | Check # | Description | Disbursement amount |
|---|---|---|---|---|---|---|
| 9/26/2014 | Cantey & Company - Glenwood $1,90.50; Hagood $932.62; Jennings $1,440.00; Trenholm $895.50 | 4,358.62 | | | September rental income | |
| 9/30/2014 | | | | | Bank charge | 4.00 |
| 10/2/2014 | BB&T | 4.00 | William Gregg | 1012 | Monthly disbursement | 2,500.00 |
| 10/3/2014 | Harden-Beltline Partnership | 976.00 | | | bank charge refund | |
| 10/21/2014 | Insurance Partners Agency | 10.00 | | | overpayment on bond | |
| 10/21/2014 | | | US Trsutee | 1013 | quarterly fees | 4,875.00 |
| 10/28/2014 | Cantey & Company - Glenwood $1,795.50; Hagood $1,215.00; Jennings $1,416.79; Trenholm $595.50 | 5,022.79 | | | October rental income | |
| 10/28/2014 | | | Insurance Partners Agency | 1014 | Bond payment - increase bond to $650,000 | 1,300.00 |
| 10/31/2014 | | | William Gregg | 1015 | Monthly disbursement | 2,500.00 |
| 10/31/2014 | | | BB&T | | Bank charge | 4.00 |
| 11/3/2014 | Harden-Beltline Partnership | 976.00 | | | | |
| 11/13/2014 | | | Cox and Dinkins | 1016 | Survey for 12 acres | 4,282.50 |
| 11/17/2014 | | | Robinson, McFadden & Moore, P.C. | 1017 | 1/2 of approved fees | 29,816.58 |
| 11/17/2014 | | | DuRant, Schraibman & Lindsay, LLC | 1018 | 1/2 of approved fees | 5,616.87 |
| 11/20/2014 | Transfer from Trustee holding account | 110,329.20 | | | | |
| 11/20/2014 | | | Robinson, McFadden & Moore, P.C. | 1019 | Approved fees for 2nd fee application | 80,219.85 |

# TRUSTEE - RECEIPT AND DISBURSEMENT LEDGER (OPERATING ACCOUNT)

| Date | Receipt | Disbursement | Payee | Check No. | Description |
|---|---|---|---|---|---|
| 11/20/2014 | | | | | |
| 11/28/2014 | | 30,109.35 | | | Approved compensation for 1st fee application |
| 11/28/2014 | | 4.00 | R. William Metzger, Jr., Trustee BB&T | 1020 | Bank charge |
| 12/1/2014 | 2,362.72 | | Cantey & Company - Glenwood $1,337.21; Hagood $861.96; Jennings $-384.64; Trenholm $548.19 | | November rental income |
| 12/1/2014 | | 2,500.00 | William Gregg | 1021 | Monthly disbursement |
| 12/2/2014 | 976.00 | | Harden-Beltline Partnership | | |
| 12/29/2014 | | 2,500.00 | William Gregg | 1022 | Monthly disbursement |
| 12/29/2014 | 3,806.55 | | Cantey & Company - Glenwood $1,791.50, Hagood $1,211.00, Jennings $-130.28, Trenholm $934.33 | | December rental income |
| 12/30/2014 | 976.00 | | Harden-Beltline Partnership | | |
| 12/31/2014 | | 4.00 | | | bank charge |
| 1/7/2015 | | 1,818.00 | Henry Patton | 1023 | repairs to pool at Debtor's residence |
| 1/13/2015 | | 6,668.00 | Insurance Partners Agency | 1024 | increase of bond |
| 1/22/2015 | 125,000.00 | | Transfer from Trustee holding account | | |
| 1/22/2015 | | 100,000.00 | Cherokee Rose | 1025 | Reimbursement of stalking horse bidder fees |
| 1/27/2015 | 2,754.08 | | Cantey & Company - Glenwood $1,034.05, Hagood $1,008.54, Jennings $177.89, Trenholm $533.60 | | |
| 1/28/2015 | | | Void | 1026 | |
| 1/28/2015 | | 2,500.00 | William Gregg | 1027 | Monthly disbursement |

# TRUSTEE - RECEIPT AND DISBURSEMENT LEDGER (OPERATING ACCOUNT)

| Date | Receipts | Description | Payee | Check No. | Disbursements | Memo |
|---|---|---|---|---|---|---|
| 1/30/2015 | | | BB&T | | 4.00 | Bank charge |
| 2/3/2015 | 976.00 | Harden-Beltline Partnership | | | | |
| 2/4/2015 | | | US Trustee | 1028 | 13,000.00 | quarterly fees |
| 2/10/2015 | | | Jupiter Capital | 1029 | 24,622.28 | Settlement agreement |
| 2/24/2015 | | | Jupiter Capital | 1030 | 10,377.72 | Remainder of Settlement agreement |
| 2/24/2015 | | | William Gregg | 1031 | 2,500.00 | Monthly disbursement |
| 2/26/2015 | 976.00 | Harden-Beltline Partnership | | | | |
| 2/26/2015 | 4,475.64 | Cantey & Company - Glenwood $1,585.50, Hagood $1,215.00, Jennings $1,374.69, Trenholm $300.45 | | | | |
| 2/27/2015 | | | BB&T | | 4.00 | Bank charge |
| 3/3/2015 | 500,000.00 | Transfer from Trustee holding account | | | | |
| 3/3/2015 | | | Robinson, McFadden & Moore, P.C. | 1032 | 84,778.03 | Approved fees for third fee application |
| 3/3/2015 | | | R. William Metzger, Jr., Trustee | 1033 | 365,842.44 | Approved fees for second fee application |
| 3/3/2015 | | | DuRant, Schraibman & Lindsay, LLC | 1034 | 31,632.50 | Approved fees for second fee application |
| 3/26/2015 | 5,347.07 | Cantey & Company - Glenwood $1,890.50; Hagood $1,215.00; Jennings $1,440.00; Trenholm $801.57 | | | | |
| 3/27/2015 | | | William Gregg | 1035 | 2,500.00 | Monthly disbursement |
| 3/30/2015 | 976.00 | Harden-Beltline Partnership | | | | |
| 3/31/2015 | | | BB&T | | 4.00 | Bank charge |

# TRUSTEE - RECEIPT AND DISBURSEMENT LEDGER (OPERATING ACCOUNT)

| Date | Receipt | Received From | Paid To | Check # | Disbursement | Memo |
|---|---|---|---|---|---|---|
| 4/6/2015 | | | Terminex | 1036 | 711.00 | Termite bond renewal for Debtor's residence |
| 4/7/2015 | 80,000.00 | Transfer from Trustee holding account | | | | |
| 4/17/2015 | | | United States Treasury | 1037 | 79,413.00 | 2014 tax liability |
| 4/20/2015 | | | US Trustee | 1038 | 4,875.00 | quarterly fees |
| 4/22/2015 | | Cantey & Company - Glenwood $981.19, Hagood $798.35, Jennings $1,261.00, Trenholm $768.90 | Kennedy, Watson, McKinney & Associates | 1039 | 1,500.00 | Appraisals on 4 rental properties |
| 4/28/2015 | 3,809.44 | | | | | |
| 4/28/2015 | | | William Gregg | 1040 | 2,500.00 | Monthly disbursement |
| 4/29/2015 | 976.00 | Harden-Beltline Partnership | | | | |
| 4/30/2015 | | | BB&T | | 4.00 | Bank charge |
| 5/6/2015 | | | Kennedy, Watson, McKinney & Associates | 1041 | 425.00 | Appraisal on residence |
| 5/7/2015 | 100,000.00 | Transfer from Trustee holding account | | | | |
| 5/8/2015 | | | Richland County Treasury | 1042 | 86,646.97 | Past due taxes |
| 5/27/2015 | | | William Gregg | 1043 | 2,500.00 | Monthly disbursement |
| 5/31/2015 | | | BB&T | | 4.00 | bank charge |
| 6/2/2015 | | | R. William Metzger, Jr., Plan Administrator | | 44,919.03 | tranfer to plan administrator checking account |

## TRUSTEE - RECEIPT AND DISBURSEMENT LEDGER (OPERATING ACCOUNT)

| | |
|---|---|
| 1,087,284.21 | 1,087,284.21 |
| **Total Receipts** | **Total Disbursements** |
| | **Balance** |

## TRUSTEE - RECEIPT AND DISBURSEMENT LEDGER (HOLDING ACCOUNT)

| Date | Receipt Amount | Source | Disbursement Amount | Payee | Check No. | Description |
|---|---|---|---|---|---|---|
| 11/17/2014 | 2,153,168.29 | Sales proceeds from 298 acres | | | | |
| 11/20/2014 | | | 110,329.20 | William M. Gregg, II c/o R. William Metzger, Trustee | | Transfer to main account for disbursement of RMM fees and Trustee compensation |
| 12/4/2014 | 355.80 | BB&T | | | 100 | Interest |
| 12/23/2014 | 200,000.00 | Non-refundable extension fees for Mount Pleasant/12 Acres | | | | |
| 12/23/2014 | 946,987.35 | Sales proceeds from Mount Pleasant property | | | | |
| 12/23/2014 | 940,515.74 | Sales proceeds from 12 acres in Richland County | | | | |
| 12/31/2014 | 709.22 | BB&T | | | | Interest |
| 1/22/2015 | | | 125,000.00 | William M. Gregg, II c/o R. William Metzger, Trustee | | Online transfer to main account |
| 1/30/2015 | 1,216.29 | BB&T | | | | Interest |
| 2/27/2015 | 1,076.16 | BB&T | | | | Interest |
| 3/3/2015 | | | 500,000.00 | William M. Gregg, II c/o R. William Metzger, Trustee | | Online transfer to main account |
| 3/9/2015 | 225,994.26 | Sales proceeds from 5.77 acres | | | | |
| 3/31/2015 | 1,102.59 | BB&T | | | | Interest |

# TRUSTEE - RECEIPT AND DISBURSEMENT LEDGER (HOLDING ACCOUNT)

| Date | Total Receipts | | Total Disbursements | | Description |
|------|---------------|-----|--------------------|-----|-------------|
| 4/7/2015 | | | 80,000.00 | William M. Gregg, II c/o R. William Metzger, Trustee | Online transfer to main account |
| 4/30/2015 | 1,056.42 | BB&T | | | Interest |
| 5/7/2015 | | | 100,000.00 | William M. Gregg, II c/o R. William Metzger, Trustee | Online transfer to main account |
| 5/21/2015 | 264,678.04 | | | | Proceeds of sale from Gervais/Millwood sale |
| 5/31/2015 | 1,091.14 | | | | Interest |
| 6/2/2015 | | | 3,822,622.10 | R. William Metzger, Jr., Plan Administrator | Transfer to plan administrator account |
| | | | | | |
| | | | | | |
| | | | | | |
| Total Receipts | 4,737,951.30 | | Total Disbursements | 4,737,951.30 | |
| | | | Balance | | |

# PLAN ADMINISTRATOR - RECEIPT AND DISBURSEMENT LEDGER (OPERATING ACCOUNT)

| Date | Receipt Amount | Source | Disbursement Amount | Payee | Check No. | Description |
|---|---|---|---|---|---|---|
| 6/2/2015 | 44,919.03 | Transfer from trustee account | | | | |
| 6/15/2015 | | | 5,532.00 | Insurance Partners Agency | 101 | Bond for plan administrator |
| 6/24/2015 | | | | Void | 102 | |
| 6/24/2015 | 1,500,000.00 | Transfer from Plan Administrator holding account | | | | |
| 6/26/2015 | | | 70,069.11 | R. William Metzger, Jr., Plan Administrator | 103 | Transfer of funds into reserve account for disputed claims |
| 6/26/2015 | | | 1,304,036.79 | German American Capital Corporation | Wire | 50% distribution of allowed claim |
| 6/26/2015 | | | 24.00 | BB&T | | Fee for wire transfer |
| 6/26/2015 | | | 65,468.76 | Anne Johnson Gregg | 104 | 50% distribution of allowed claim |
| 6/26/2015 | | | 1,733.18 | Molton/Lamar Architects, Inc. | 105 | 50% distribution of allowed claim |
| 6/26/2015 | | | 4,480.84 | Palmetto Health Credit Union | 106 | 50% distribution of allowed claim |
| 6/26/2015 | | | 60.00 | Harry A. Swagart | 107 | 50% distribution of allowed claim |
| 6/29/2015 | | | 24,720.59 | Georgetown County Treasurer | Certified check from BB&T | Real property taxes on Caledonia Two property |
| 6/29/2015 | | | 2,500.00 | William M. Gregg, II | 108 | Monthly disbursement |

## PLAN ADMINISTRATOR - RECEIPT AND DISBURSEMENT LEDGER (OPERATING ACCOUNT)

| Date | Receipt | Deposit Description | Disbursement | Payee | Ck No. | Description |
|---|---|---|---|---|---|---|
| 6/30/2015 | 3,177.29 | $976 from Harden-Beltline Partnership and $2,201.29 from Cantey & Company for June rental income | | | | |
| 7/14/2015 | | | 15,577.50 | DuRant, Schraibman & Lindsay | 109 | Accountant fees for third and final fee application |
| 7/14/2015 | | | 9,750.00 | U.S. Trustee | 110 | 2nd quarterly fees |
| 7/15/2015 | 162,525.75 | Sales proceeds from sale of Dreyfus Road property | | | | |
| 7/16/2015 | | | 85,122.21 | Robinson, McFadden & Moore, P.C. | 111 | Approved fees and costs from fourth fee application |
| 7/16/2015 | | | 49,961.14 | R. William Metzger, Jr., Plan Administrator | 112 | Approved commission and costs from 3rd fee application |
| 7/22/2015 | | | 15,375.63 | Robinson, McFadden & Moore, P.C. | 113 | June invoice |
| 7/22/2015 | | | 42,268.83 | R. William Metzger, Jr., Plan Administrator | 114 | June invoice |
| 7/24/2015 | 3,020.32 | Cantey & Company | | | | rental income for July 2015 |
| 7/27/2015 | 70,069.11 | Transfer from reserve account | | | | |
| 7/27/2015 | 75,000.00 | Transfer from Plan Administrator holding account | | | | |
| 7/27/2015 | | | 47,213.97 | Nationstar Mortgage, LLC | 115 | Settlement funds on Claim 10 - 1237 Jennings Court |
| 7/27/2015 | | | 52,027.23 | Nationstar Mortgage, LLC | 116 | Settlement funds on Claim 11 - 1236 Glenwood Road |

# PLAN ADMINISTRATOR - RECEIPT AND DISBURSEMENT LEDGER (OPERATING ACCOUNT)

| Date | Receipt | Description | Payee | Disbursement | Memo | Check # |
|---|---|---|---|---|---|---|
| 7/27/2015 | | | Nationstar Mortgage, LLC | 45,350.41 | Settlement funds on Claim 12 - 1601 Hagood Street | 117 |
| 7/27/2015 | | | William M. Gregg, II | 2,500.00 | Monthly disbursement | 118 |
| 7/27/2015 | 976.00 | Harden-Beltline Partnership | | | | |
| 8/3/2015 | 1,415,000.00 | Transfer from Plan Administrator holding account | | | | |
| 8/3/2015 | | | void | | | 119 |
| 8/3/2015 | | | Anne Johnson Gregg | 65,468.76 | remaining 50% distribution of allowed claim | 120 |
| 8/3/2015 | | | Molton/Lamar Architects, Inc. | 1,733.17 | remaining 50% distribution of allowed claim | 121 |
| 8/3/2015 | | | Palmetto Health Credit Union | 4,480.84 | remaining 50% distribution of allowed claim | 122 |
| 8/3/2015 | | | H2H Associates | 3,000.00 | 100% distribution of allowed claim | 123 |
| 8/3/2015 | | | Harry A. Swagart | 60.00 | remaining 50% distribution of allowed claim | 124 |
| 8/3/2015 | | | Harry Easterling | 10,000.00 | 100% distriubtion of allowed claim | 125 |
| 8/3/2015 | | | Miley & Associates | 4,398.75 | 100% distriubtion of allowed claim | 126 |
| 8/3/2015 | | | German American Capital Corporation | 1,304,036.79 | remaining 50% distribution of allowed claim | 127 |
| 8/17/2015 | 100,000.00 | Transfer from Plan Administrator holding account | | | | |
| 8/17/2015 | | | State Mechanical Contracting | 5,840.00 | Replacement of A/C unit at Debtor's residence and other repairs related to same | 128 |
| 8/17/2015 | | | German American Capital Corporation | 100,000.00 | | 129 |

## PLAN ADMINISTRATOR - RECEIPT AND DISBURSEMENT LEDGER (OPERATING ACCOUNT)

| Date | Receipt | Payee/Source | Disbursement | Check # | Description |
|---|---|---|---|---|---|
| 8/17/2015 | | Cantey & Company | 25,000.00 | 130 | Reserve for 2015 property taxes on rental properties |
| 8/17/2015 | | Void | | 131 | |
| 8/17/2015 | | Nationstar Mortgage, LLC | 544.64 | 132 | September 1, 2015 payment on 1237 Jennings Court |
| 8/17/2015 | | Nationstar Mortgage, LLC | 664.33 | 133 | September 1, 2015 payment on 1236 Glenwood Road |
| 8/17/2015 | | Nationstar Mortgage, LLC | 456.68 | 134 | September 1, 2015 payment on 1601 Hagood Street |
| 8/18/2015 | 737,415.98 | Transfer from Plan Administrator holding account | | | |
| 8/19/2015 | | R. William Metzger, Jr., Plan Administrator | 10,954.41 | 135 | July invoice |
| 8/19/2015 | | Robinson, McFadden & Moore, P.C. | 10,186.04 | 136 | July invoice |
| 8/20/2015 | 4,924.06 | Cantey & Company | | | rental income for August |
| 8/24/2015 | | R. William Metzger, Jr., Plan Administrator | 374.23 | 137 | Remainder of July invoice |
| 8/24/2015 | 976.00 | Harden-Beltline Partnership | | | |
| 8/31/2015 | | Levy Law Firm, LLC | 235,455.43 | 138 | First and final compensation of Debtor's attorney |
| 8/31/2015 | | DuRant, Schraibman & Lindsay | 6,778.75 | 139 | Accountant fees through August 31, 2015 |
| 8/31/2015 | | Robinson, McFadden & Moore, P.C. | 13,481.70 | 140 | August invoice |

# PLAN ADMINISTRATOR - RECEIPT AND DISBURSEMENT LEDGER (OPERATING ACCOUNT)

| Date | Payee | Check # | Memo | Total Receipts | Total Disbursements | Balance |
|---|---|---|---|---|---|---|
| 8/31/2015 | R. William Metzger, Jr., Plan Administrator | 141 | August invoice | | 68,226.94 | |
| 8/31/2015 | U.S. Trustee | 142 | 3rd quarterly fees | | 9,750.00 | |
| 8/31/2015 | Void | 143 | | | | |
| 8/31/2015 | Void | 144 | | | | |
| 8/31/2015 | U.S. Trustee | 145 | 4th quarterly fees | | 650.00 | |
| 8/31/2015 | William M. Gregg, II | 146 | | | 342,689.89 | |
| | | | 50,000.00 | | | |
| | | | | 4,118,003.54 | 4,068,003.54 | |
| | | | | Total Receipts | Total Disbursements | Balance |

# PLAN ADMINISTRATOR - RECEIPT AND DISBURSEMENT LEDGER (HOLDING ACCOUNT)

| Date | Receipt Amount | Source | Disbursement Amount | Payee | Check No. | Description |
|------|---------------|--------|---------------------|-------|-----------|-------------|
| 6/2/2015 | 4,557.90 | May rental income and Harden-Beltline Partnership | | | | |
| 6/2/2015 | 3,822,622.10 | Transfer from trustee holding account | | | | |
| 6/9/2015 | 41.94 | BB&T | | | | Interest |
| 6/24/2015 | | | 1,500,000.00 | | | Transfer to operating account |
| 6/30/2015 | 95.72 | BB&T | | | | Interest |
| 7/27/2015 | | | 75,000.00 | | | Transfer to operating account |
| 7/31/2015 | 98.32 | BB&T | | | | Interest |
| 8/3/2015 | | | 1,415,000.00 | | | Transfer to operating account |
| 8/17/2015 | | | 100,000.00 | | | Transfer to operating account |
| 8/18/2015 | | | 737,415.98 | | | Transfer to operating account |
| | 3,827,415.98 Total Receipts | | 3,827,415.98 Total Disbursements | | | Balance |

# PLAN ADMINISTRATOR - RECEIPT AND DISBURSEMENT LEDGER (RESERVE ACCOUNT)

| Date | Receipt Amount | Source | Disbursement Amount | Payee | Check No. | Description |
|------|---------------|--------|---------------------|-------|-----------|-------------|
| 6/26/2015 | 70,069.11 | Transfer from Plan Administrator operating account | | | | |
| 7/27/2015 | | | 70,069.11 | R. William Metzger, Jr., Plan Administrator bank transfer | | Transfer funds back to Plan Administrator operating account |
| | | | | | - | |
| | 70,069.11 | | 70,069.11 | | | |
| | Total Receipts | | Total Disbursements | Balance | | |

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In Re: | ) Bankruptcy Case No.  13-00665-dd |
| | ) |
| William Maxwell Gregg, II, | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) CERTIFICATE OF SERVICE |
| | ) |

This is to certify that I am the paralegal for R. William Metzger, Jr., Plan Administrator; that I have this day caused to be served upon the persons named below the **Notice of Application and Opportunity for Hearing, Plan Administrator's Report of Substantial Consummation and Application for Final Decree, and Plan Administrator's Final Report** in the above captioned matter by placing a copy of same in the United States Mail, postage prepaid, in envelopes addressed as follows:

See attached mailing matrix

ROBINSON, MCFADDEN & MOORE, P.C.

Melissa H. White, Paralegal for
R. William Metzger, Jr. (5028)
PLAN ADMINISTRATOR
Post Office Box 944
Columbia, SC  29202
(803) 779-8900

September _1_, 2015

Label Matrix for local noticing
0420-3
Case 13-00665-dd
District of South Carolina
Columbia
Mon Aug 31 10:07:41 EDT 2015

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238


Thomas W. Bunch II
Robinson, McFadden & Moore, P.C.
Post Office Box 944
Columbia, SC 29202-0944


COLONIAL WAREHOUSE LLC
1107 SHOP ROAD
COLUMBIA SC 29201-4742


DAVID M SWANSON ESQUIRE
HAYNSWORTH SINKLER BOYD PA
134 MEETING ST  3RD FLOOR
CHARLESTON SC 29401-2224


Reid E. Dyer
Moore & Van Allen, PLLC
78 Wentworth Street
Charleston, SC 29401-1428


Elisabetta G. Gasparini
Office of the United States Trustee
1835 Assembly Street Suite 953
Columbia, SC 29201-2448


William Maxwell Gregg II
PO Box 66
Columbia, SC 29202-0066


HARRY R EASTERLING
PO DRAWER 655
BENNETTSVILLE SC 29512-0655


JACOB S BARKER ESQUIRE
ELLIS LAWHORNE & SIMS PA
PO BOX 2285
COLUMBIA SC 29202-2285

Anne Johnston Gregg
c/o Julio E. Mendoza, Jr., Esquire
PO Drawer 2426
Columbia, South Carolina 29202-2426



Bank of America, N.A.
NC4-105-02-99
PO Box 26012
Greensboro, NC 27420-6012


CHASE
PO BOX 78420
PHOENIX AZ 85062-8420


Cherokee Rose Resources, LLC
c/o Rory D. Whelehan
Womble Carlyle Sandridge & Rice, LLP
550 South Main Street, Suite 400
Greenville, SC 29601-2541


DURANT SCHRAIBMAN LINDSAY
4408 FOREST DRIVE
COLUMBIA SC 29206-3135


James M. Ervin
The Ervin Law Firm, LLC
PO Box 6276
Columbia, SC 29260-6276


German American Capital Corp by Serv. Situs
2 Embarcadero Center, Suite 1360
San Francisco, CA 94111-3818


H2H ASSOCIATES
179 RIVER STREET
TROY NY 12180-3876


HENDERSON COUNTY TAX COLLECTOR
200 N GROVE STREET
SUITE 66
HENDERSONVILLE NC 28792-5027


JPMorgan Chase Bank, National Association
3415 Vision Drive Dept. OH4-7133
Columbus OH 43219-6009

Anne Johnston Gregg,
c/o Julio E. Mendoza,Jr., Esquire
P.O. Drawer 2426
Columbia, SC 29202-2426


Linda Barr
Office of United States Trustee
1835 Assembly Street
Suite 953
Columbia, SC 29201-2448


CLIFF W MOORE III ESQUIRE
ELLIS LAWHORNE & SIMS PA
PO BOX 2285
COLUMBIA SC 29202-2285


B. Lindsay Crawford III
Crawford & Von Keller LLC
PO Box 4216
Columbia, SC 29240-4216


DUVALL SPRUILL ESQUIRE
TURNER PADGET GRAHAM & LANEY
PO BOX 1473
COLUMBIA SC 29202-1473


GERMAN AMERICAN CAPITAL CORPORATION
C/O HELIOS AMC
2 EMBARCADERO CENTER STE 1360
SAN FRANCISCO CA 94111-3818


German American Capital Corporation acting b
c/o Baker Donelson
P.O. Box 3038
Johnson City, TN 37602-3038


HARRY A SWAGART
PO BOX 7787
COLUMBIA SC 29202-7787


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OP
POST OFFICE BOX 7346
PHILADELPHIA PA 19101-7346


JUPITER HOLDINGS LLC
78 ASHLEY POINT DRIVE
SUITE 300
CHARLESTON SC 29407-7584

Jupiter Capital, LLC
Haynsworth Sinkler Boyd, P.A.
c/o Tara E. Nauful
P.O. Box 340
Charleston, SC 29402-0340

Jupiter Capital, LLC
c/o Stanley H McGuffin
Haynsworth Sinkler Boyd, P.A.
P.O. Box 11889
Columbia, SC 29211-1889

LARRY PAUL
PO BOX 1037
CONWAY  SC 29528-1037

Larry Paul
c/o Ian D. McVey, Esquire
Callison Tighe & Robinson, LLC
P.O. Box 1390
Columbia, SC 29202-1390

R. Geoffrey Levy
2300 Wayne Street
Columbia, SC 29201-2057

Timothy M. Lupinacci
420 20th Street North
Suite 1400
Birmingham, AL 35203-3221

MILEY & ASSOCIATES  INC
PO Box 11227
COLUMBIA  SC 29211-1227

MOLTON LAMAR ARCHITECTS
808-C LADY STREET
COLUMBIA  SC 29201-3104

John L. McCants
Rogers Lewis Jackson Mann & Quinn LLC
1330 Lady Street, Suite 400
Columbia, SC 29201-3300

Stanley H. McGuffin
1201 Main Street, 24th Floor
PO Box 11889
Columbia, SC 29211-1889

Ian D. McVey
Turner Padget Graham and Laney, P.A.
PO Box 1473
Columbia, SC 29202-1473

Julio E. Mendoza Jr.
Nexsen Pruet, LLC
PO Drawer 2426
Columbia, SC 29202-2426

R. William Metzger Jr.
PO Box 944
Columbia, SC 29202-0944

R. William Metzger Jr.
Robinson, McFadden & Moore, P.C.
Post Office Box 944
Columbia, SC 29202-0944

NATIONSTAR MORTAGE,LLC
ATTN:BANKRUPTCY DEPARTMENT
PO BOX 619096
Dallas TX 75261-9096

NORTHWESTERN MUTUAL
720 E  WISCONSON AVENUE
MILWAUKEE  WI 53202-4703

Nationstar Mortgage LLC,
1587 Northeast Expressway
Atlanta, GA 30329-2401

(p)NATIONSTAR MORTGAGE LLC
PO BOX 619096
DALLAS TX 75261-9096

PALMETTO HEALTH CREDIT UNION
PO BOX 100167
COLUMBIA  SC 29202-3167

Palmetto Health Credit Union
c/o Crawford & von Keller
PO Box 4216
Columbia SC 29240-4216

Larry Paul
c/o Ian D. McVey, Esquire
Callison Tighe & Robinson, LLC
1812 Lincoln Street
P.O. Box 1390
Columbia, SC 29202-1390

Mary R. Powers
The Hunoval Law Firm, PLLC
501 Minuet Lane, Suite 104-A
Charlotte, NC 28217-2710

RICHARD MAXWELL SMITH  ESQUIRE
MCNAIR LAW FIRM
PO BOX 1469
PAWLEYS ISLAND  SC 29585-1469

RICHLAND COUNTY TAX COLLECTOR
POST OFFICE BOX 11947
COLUMBIA  SC 29211-1947

RUSSELL BRANDS  LLC
1225 LEE STREET
ALEXANDER CITY  AL 35010-2657

Russell Brands LLC
c/o Michelle P. Clayton
P.O. Box 1473
Columbia, SC 29202-1473

SC DEPT OF REVENUE & TAXATION
ATTN  MILTON GARY SIMPSON
PO BOX 12265
COLUMBIA  SC 29211-2265

SC EMPLOYMENT SECURITY COMMISSION
POST OFFICE BOX 995
COLUMBIA  SC 29202-0995

Susan B. Shaw
RCO Legal, PS
1587 Northeast Expressway
Atlanta, GA 30329-2401

William Harold Short Jr.
Adams and Reese LLP
1501 Main Street, 5th Floor
Columbia, SC 29201-5801

Franklin G. Shuler Jr.
Turner, Padget, Graham & Laney P.A.
PO Box 1473
Columbia, SC 29202-1473

John Timothy Stack
Office of the United States Trustee
1835 Assembly Street Suite 953
Columbia, SC 29201-2448

TD BANK
PO BOX 8400
LEWISTON  ME 04243-8400

TD Bank N.A.
Attn: Bankruptcy Dept.
ME2-002-035
P.O. Box 9547
Portland, ME 04112-9547

The University of South Carolina Educational
c/o William H. Short, Jr.
Adams and Reese LLP
1501 Main Street
5th Floor
Columbia, SC 29201-5801

Christopher M. Towery
Womble Carlyle Sandridge & Rice LLP
1727 Hampton Street
Columbia, SC 29201-3419

US Trustee's Office
Strom Thurmond Federal Building
1835 Assembly St.
Suite 953
Columbia, SC 29201-2448

UNITED STATES ATTORNEY
MATTHEW J MODICA ESQ
1441 MAIN ST   STE  500
COLUMBIA  SC 29201-2897

US SECURITIES & EXCHANGE COMMISSION
OFFICE OF REORGANIZATION
950 E  PACES FERRY RD  STE 900
Atlanta GA  30326-1382

VILLAGE OF FLAT ROCK
MARTHA ORR  TAX COLLECTOR
PO BOX 1288
FLAT ROCK  NC  28731-1288

VILLAGE OF FLAT ROCK
PO BOX 1388
FLAT ROCK NC 28731

WELLS FARGO
CUSTOMER SERVICE
PO BOX 560948
CHARLOTTE  NC 28256-0948

Wells Fargo Bank, N.A.
P.O. Box 10438 MAC X2505-036
Des Moines, Iowa 50306-0438
Telephone number: 1-866-862-9753

David Brian Wheeler
78 Wentworth Street
Charleston, SC 29401-1428

Brent Young
Baker, Donelson, Bearman, Caldwell et al
100 Med Tech Parkway
Suite 200
Johnson City, TN 37604-2369

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

BANK OF AMERICA
PO BOX 26078
GREENSBORO  NC  27420

Nationstar Mortgage, LLC
Attention: Bankruptcy Department
PO Box 619096
Dallas TX  75261-9741

(d)Nationstar Mortgage, LLC
Attn: Bankruptcy Dept
PO Box 619096
Dallas TX  75261-9741

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Emerson Ventures II, Inc. and Johnson-Moun

(u)Anne Johnston Gregg

(u)JPMorgan Chase Bank, N.A.

(d)R. Geoffrey Levy
2300 Wayne Street
Columbia, SC 29201-2057

(u)Palmetto Health Credit Union

(u)Sustainable Midlands
701 Whaley St
Columbia, So 29201 United States

(d) The University of South Carolina Education
c/o William H. Short, Jr.
Adams and Reese LLP
1501 Main Street
5th Floor
Columbia, SC 29201-5801

(u) U.S. Trustee

(u) University of South Carolina Development F

(d) WILLIAM MAXWELL GREGG II
POST OFFICE BOX 66
COLUMBIA  SC 29202-0066

End of Label Matrix
Mailable recipients    74
Bypassed recipients    10
Total                  84